UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TALKDESK, INC., et al <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) CASE NO. 1:19-cv-00695-TWP-DML |

**PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, out of an abundance of caution to avoid any claim of surprise, amends its motion for preliminary injunction [ECF 23] filed March 4, 2019, to make it clear – as requested in the Second Amended Complaint adding Defendant Ralph Manno – that Plaintiff seeks preliminary injunctive relief against newly added Defendant Ralph Manno along with the other Defendants. The Second Amended Complaint, filed with the Motion for Leave on May 24, 2019, and then allowed over objection by order of July 2 [ECF 88], expressly sets forth a request for preliminary injunctive relief. [ECF 89, pp. 44]

Respectfully submitted,
  /s/ *John R. Maley*
John R. Maley (14300-89)
Thomas C. Payne (34727-49)
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, IN  46204
Telephone:    (317) 236-1313
Email:         jmaley@btlaw.com
*Attorneys for Genesys Telecommunications*