UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC., | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) CASE NO. 1:19-cv-00695-TWP-DML |
| TALKDESK, INC., et al | )<br>) |
| Defendants. | ) |

## **AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's Order of November 5, 2019 [ECF157], Plaintiff Genesys Telecommunications Laboratories files this Amended Motion for Preliminary Injunction. Plaintiff requests the following preliminary injunctive relief, which will be supported by Plaintiff's Brief in Support to be filed November 18, and argument and evidence presented at the December 2 hearing.

1. Prohibiting all Defendants from misappropriation of Genesys trade secrets, or using any confidential information of Genesys for Defendants' own benefit or for the benefit of any other non-Genesys entity or individual;

2. Ordering the inventory and return of all Genesys property, including trade secrets, in the possession, custody, or control of all Defendants;

3. Prohibiting Talkdesk, Manno, Hertel, and Strahan from interfering with contracts between Genesys and current and former employees;

4. Prohibiting Talkdesk, Manno, Hertel, and Strahan from contacting, soliciting, recruiting, or servicing any Genesys customers, or potential customers, that they were assigned to, had contact with, solicited, or serviced on behalf of Genesys; and

5. Prohibiting Talkdesk, Manno, Hertel, and Strahan from contacting, soliciting, or recruiting any Genesys employees.

                                                        Respectfully submitted,
                                                        */s/ John R. Maley*
                                                        John R. Maley (14300-89)
                                                        Thomas C. Payne (34727-49)
                                                        BARNES & THORNBURG LLP
                                                        Telephone:     (317) 236-1313
                                                        Email:           jmaley@btlaw.com
                                                        *Attorneys for Genesys Telecommunications*