UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 1:19-CV-00695-TWP-DML ) |
| TALKDESK INC., RALPH MANNO, MICHAEL STRAHAN, MARK HERTEL, and DANIELLE MORALES | ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON JOINT MOTION TO AMEND CASE MANAGEMENT DEADLINES**

This matter came before the Court on the Parties' Joint Motion to Amend Case Management Deadlines. The Court, having reviewed the Motion and being duly advised, hereby **GRANTS** the Motion and **ORDERS** that all case management deadlines are extended by ninety (90) days as follows:

- The parties shall serve their Fed. R. Civ. P. 26 initial disclosures on or before **August 3, 2020**.

- Plaintiff shall file preliminary witness and exhibit lists by **August 10, 2020**.

- Defendants shall file preliminary witness and exhibit lists by **August 17, 2020**.

- All motions for leave to amend the pleadings and/or to join additional parties shall be filed on or before **September 7, 2020**.

- Plaintiff(s) shall serve Defendant(s) (but not file with the Court) a statement of special damages, if any, and make a settlement demand, on or before **September 14, 2020**. Defendant(s) shall serve on the Plaintiff(s) (but not file with the Court) a response thereto within 30 days after receipt of the demand.

- Expert witness disclosure deadlines shall conform to the following schedule:

    - Plaintiff(s) shall disclose the name, address, and vita of any liability expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **February 4, 2021**.

- Defendant(s) shall disclose the name, address, and vita of any liability expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **March 8, 2021**; or if Plaintiff has disclosed no liability experts, Defendant(s) shall make its liability expert disclosure on or before **March 8, 2021**.

- In addition, Plaintiff(s) shall disclose the name, address, and vita of any damages expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **May 17, 2021**.

- Defendant(s) shall disclose the name, address, and vita of any damages expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **June 14, 2021**; or if Plaintiff has disclosed no damages experts, Defendant(s) shall make its damages expert disclosure on or before **June 14, 2021**.

- Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **May 6, 2021**.

- All parties shall file and serve their final witness and exhibit lists on or before May 6, 2021.

- On or before **April 22, 2021**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

- Dispositive motions shall be filed by **April 15, 2021**.

- Non-expert witness discovery and discovery relating to liability issues shall be completed by **January 4, 2020**.

- Expert witness discovery and discovery relating to damages shall be completed by **August 3, 2021**.

Date: 5/5/2020

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.