UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TALKDESK INC., RALPH MANNO, MICHAEL STRAHAN, MARK HERTEL, and DANIELLE MORALES <br><br> Defendants. | Case No.: 1:19-CV-00695-TWP-DML |

## ORDER ON JOINT MOTION TO AMEND CASE MANAGEMENT DEADLINES

This matter came before the Court on the Parties' Joint Motion to Amend Case Management Deadlines.

And the Court, having reviewed the Motion and being duly advised, hereby **GRANTS** the Motion and **ORDERS** that the following case management deadlines are extended as follows:

- Non-expert witness discovery and discovery relating to liability issues shall be completed by **February 19, 2021**;

- Expert witness disclosure deadlines shall conform to the following schedule:

  - Plaintiff(s) shall disclose the name, address, and vita of any liability expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **March 22, 2021**.

  - Defendant(s) shall disclose the name, address, and vita of any liability expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **April 22, 2021**; or if Plaintiff has disclosed no liability experts, Defendant(s) shall make its liability expert disclosure on or before **April 22, 2021**.

  - Plaintiff(s) shall disclose the name, address, and vita of any damages expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **June 28, 2021**.

  - Defendant(s) shall disclose the name, address, and vita of any damages expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **August 3, 2021**; or if Plaintiff has disclosed no damages experts, Defendant(s) shall make its damages expert disclosure on or before **August 3, 2021**.

- Any Party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **September 24, 2021**.

- All Parties shall file and serve their final witness and exhibit lists on or before **September 24, 2021**.

- On or before **May 14, 2021**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

- Dispositive motions shall be filed by **June 11, 2021;**

- Expert witness discovery and discovery relating to damages shall be completed by **September 17, 2021**;

Date: 12/2/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.