# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 1:19-cv-00695-TWP-DML<br>) |
| DANIELLE MORALES,<br>MICHAEL STRAHAN,<br>MARK HERTEL,<br>TALKDESK, INC.,<br>RALPH MANNO, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## SCHEDULING ORDER

Having approved the Case Management Plan as amended, the Court hereby sets the final pretrial conference on <u>January 5, 2022 at 10:00 a.m.</u> in Room 330, and the jury trial to begin on <u>January 31, 2022 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  The final pretrial conference is for attorneys only.  At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial.  Counsel shall review the Court's Courtroom Procedures and Trial Practice.

IT IS SO ORDERED.

Date:   12/8/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kathleen M. Anderson
BARNES & THORNBURG, LLP (Fort Wayne)
kathleen.anderson@btlaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC
dmoreland@mcciplaw.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

Thomas C Payne
BARNES & THORNBURG LLP
Thomas.Payne@btlaw.com

James P. Strenski
PAGANELLI LAW GROUP
jstrenski@paganelligroup.com