## BARNES & THORNBURG LLP

John R. Maley
Partner
317.231.7464
jmaley@btlaw.com

11 S. Meridian Street
Indianapolis, IN 46204-3535
317-236-1313
317-231-7433 (Fax)

www.btlaw.com

November 14, 2018



Via Overnight, Certified Mail & Electronic Mail

Mark Hertel
1241 N. Fairbury Lane
Anaheim, CA 92807
Mshertel93@yahoo.com

Re: Violation of Obligations to Genesys and Demand to Cease & Desist and to Preserve Documents and Data

Dear Mr. Hertle:

We are litigation counsel for Genesys, and write regarding our client's concerns regarding misappropriation of Genesys trade secrets, conversion of data, breach of fiduciary duty while employed by Genesys, and unlawful recruitment of Genesys personnel and solicitation of Genesys' customers. Although our investigation of this matter is in its early stages, based on what we have determined to date, we write to demand compliance with statutory and common law obligations, and to demand that you preserve evidence in anticipation of litigation. If you have legal counsel, please provide us with their contact information and we will correspond with them directly.

Previously, as an employee of Genesys and, specifically in your role as a Director, you owed fiduciary obligations to Genesys to work solely in the Company's benefit and to preserve confidential information. You were (and still are) contractually prohibited for 18 months from separation from employment from soliciting or hiring or encouraging any Genesys employees to leave the company, as well as soliciting former Genesys customer accounts to which you made sales or provided services. Further, you are prohibited in any event from soliciting Genesys customers for 12 months, even those to whom you did not make sales or provide services. You were also contractually required to notify Genesys if you joined a competitor within 18 months and prohibited from disclosing confidential information. In addition, you have statutory obligations under federal and state law to Genesys, including the duty to not misappropriate trade secrets. *See, e.g.*, Defend Trade Secrets Act, 18 U.S.C. § 1836 (providing for a private right of action and federal jurisdiction in United States district courts for misappropriation of trade secrets); Ind. Code § 24-2-3-1, *et seq.* (Indiana's Trade Secrets Act, providing for royalties, double damages, attorneys' fees, and injunctive relief for intentional misappropriation of trade secrets). As a Director of Genesys, you acquired valuable, confidential information regarding key personnel, Genesys products, and other confidential, non-public and proprietary information, which courts have held to constitute trade secrets. Furthermore, you may have knowledge of employee contracts including their notice provisions, and Indiana common law prohibits tortious interference with contracts.

November 14, 2018
Page 2

    Notwithstanding these legal duties, based on the investigation to date in this matter, Genesys has concerns regarding potential breach of your duties and misappropriation of Genesys property, including trade secrets. We are investigating disclosure to Talkdesk of a download of Genesys product and disclosure of trade secret information on Genesys products and processes. Further, we are investigating whether while employed for Talkdesk as a Vice President of Sales you have recruited Genesys personnel using trade secret salary information, and also solicitation of former Genesys customers using trade secret information.

    Accordingly, this letter is to remind you of your legal obligations to Genesys and to demand strict compliance with those obligations. Furthermore, we demand that you inventory and return to me by November 21, 2018 all Genesys property, materials, and data in your possession, custody, or control. Also, we demand that you cease and desist immediately from any recruitment of Genesys personnel and any solicitation of Genesys customers.

    Finally, we demand that you preserve all documents and electronically stored information of any type, including emails, texts, voice-mails, and records of phone calls received or sent, regarding or evidencing any communications with any current or former Genesys employees since November 1, 2017, including but not limited to, from, or referencing Genesys, Michael Strahan, Ralph Manno, Diane Sparks, Danielle Morales, Michael Tews, Jennavieve Johnson, Craig Holloway, David Ham, Susanne Sayer, and any Genesys customers and employees you have solicited. We further demand that you preserve any media storing electronically stored information within your possession, custody, or control, including any computers, computer devices, storage devices, cell phones, PDAs, or other devices relating to these topics. *See* Fed. R. Civ. P. 37(e) (setting forth federal court powers if electronically stored information that should have been preserved in the anticipation of litigation is lost because a party failed to take reasonable steps to preserve it).

    Along with returning all Genesys property in your possession as outlined above, please provide a written commitment that you will honor these demands by November 21, 2018. Genesys reserves all rights and remedies.

                                           Respectfully submitted,

                                           *John R. Maley*

DMS 13561659v1
BARNES&THORNBURGLLP