**EXHIBIT 590**

| | |
|---|---|
| From: | Shauna Geraghty <shauna@talkdesk.com> on behalf of Shauna Geraghty <shauna@talkdesk.com> |
| Sent: | Saturday, September 8, 2018 7:14 AM |
| To: | Tiago Paiva, Talkdesk <Tiago Paiva, Talkdesk <tiago@talkdesk.com>> |
| Subject: | Re: Mike Tews feedback |

Yes def. he'll go anywhere mike goes

Sent from my iPhone

On Sep 7, 2018, at 10:00 PM, Tiago Paiva, Talkdesk <tiago@talkdesk.com> wrote:

> Can we get him?
>
> On Fri, Sep 7, 2018 at 2:28 PM Shauna Geraghty <shauna@talkdesk.com> wrote:
>
>> I liked his answer
>> ---------- Forwarded message ---------
>> From: **Mike Strahan** <mgstrahan@gmail.com>
>> Date: Fri, Sep 7, 2018 at 5:26 PM
>> Subject: Re: Mike Tews feedback
>> To: <shauna@talkdesk.com>
>> Cc: <ralph.manno@gmail.com>, <taylor.knudson@talkdesk.com>, <lisa.kelly@talkdesk.com>
>>
>>
>> Thanks Shauna!
>> I watched Mike's video, he did come across a little awkward. He seemed uncomfortable with the format, as we never use video within our team. Despite the awkwardness Mike would be a great hire for this team. He is a plug and play account executive, knows the territory and partners, and is a fearless prospector. I originally hired Mike from Avaya 18 months ago and have been in the field with him a dozen times and he has always come across as confident and knowledgeable in person. His speaking skills do require some polish, as he is not someone I would have get on stage and do a 30 slide, 60 minute presentation, today. I have seen him present and close business in a traditional boardroom, and have 100% confidence in him in that setting.
>>
>> Some other details on Mike:
>>
>> - YTD Mike has generated $1.1M in his territory for Genesys and is at ~80% of his annual quota YTD.
>> - Mike is #2 on the Mid-Market team nationwide for revenue.
>> - Mike sold our second largest deal this year, Varsity Tutors. This customer regularly praises Mike to me.
>> - He has done all of this with the company's lowest graded sales engineer resource supporting him.
>> - He has done all of this with what was a lukewarm territory where his predecessor only reached 35% quota.

ATTORNEYS EYES ONLY

> > Getting Mike would be a win for Talkdesk and a loss for Genesys.
>
> I hope this helps, please let me know if you get any further feedback or if you have any other questions.
>
> Thanks!
>
> -Mike
> 317-418-9335
>
>
> On Fri, Sep 7, 2018 at 6:45 PM Shauna Geraghty <shauna@talkdesk.com> wrote:
>
> > Team,
> > We interviewed Mike today and would like to provide an update. We had some concerns about his presentation (missed the mark on a few prompts, appeared anxious and distracted).
> >
> > Here is the preso:
> > _zoom_0.mp4
> > We value your insight on referrals and would love your thoughts prior to moving to next steps.
> >
> > Thanks!
> >
> > Shauna
> >
> > --
> >
> > **Shauna Geraghty**
> >
> > **Head of Talent**
> >
> > 530-574-1446
> >
> > 535 Mission Street, 12th Floor,
> >
> > San Francisco, CA 94105, USA
> >
> > Facebook • LinkedIn • Twitter

--

Thanks!

-Mike

--

**Shauna Geraghty**

Head of Talent

530-574-1446

535 Mission Street, 12th Floor,

San Francisco, CA 94105, USA

Facebook • LinkedIn • Twitter

--
Tiago Paiva

ATTORNEYS EYES ONLY

TD 002199