# Defendants' Exhibit 254

# SEALED

Confidential Under The Protective Order

```
 1                           J. Coburn

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF INDIANA

 4   ------------------------------x

 5   GENESYS TELECOMMUNICATIONS

 6   LABORATORIES, INC.,

 7                 Plaintiff,         Case No.

 8           v.                  1:19-CV-00695-TWP-DML

 9   TALKDESK, INC., et al.,

10                 Defendants.

11   ------------------------------x

12

13       ***CONFIDENTIAL - UNDER PROTECTIVE ORDER***

14

15   VIDEOCONFERENCE DEPOSITION OF JESSICA COBURN

16               Indianapolis, Indiana

17             Tuesday, February 4, 2021

18

19

20

21

22

23   Reported by:

24   DEBORAH C. FUREY, RPR, CLR, CRI

25   JOB NO. 189415
```

Confidential Under The Protective Order

1                            J. Coburn

2        Q.    Yeah.  No.  Understood.

3              Were you -- did you collect documents

4    for this case and provide them to attorneys?

5        A.    Yes.

6        Q.    Okay.  When did you do that?

7        A.    It's been over the last couple of years

8    as questions come up.  I've been the facilitating

9    factor in finding some of the documents.

10       Q.    Okay.  For example, did you locate

11   Mr. Manno's employment agreement with Interactive

12   Intelligence?

13       A.    I assisted in locating that, yes.

14       Q.    Okay.  Can you tell me where that was

15   located?

16       A.    I can tell you.  I believe that that

17   document was located in his -- in a file, in a

18   locked file room in the Indianapolis office.

19       Q.    Who located the actual file itself?

20       A.    I'm not sure.

21       Q.    You're not sure, okay.

22             Was this a paper -- this was a paper

23   copy of the agreement?

24       A.    Yes.

25       Q.    You said it was in a locked file room.

Confidential Under The Protective Order

 1                        J. Coburn

 2    Was it with other employment files relating to

 3    Mr. Manno?

 4        A.    It was in a file room that had all of

 5    the previous interactive files in it.

 6        Q.    Okay.  Do you know if that was located

 7    after Mr. Manno left his employment with Genesys?

 8        A.    I don't know for sure.

 9        Q.    When about was it located?

10        A.    I mean, my assumption is that it was

11    looked at after, when I was asked to help find it.

12        Q.    You were asked to find it after

13    Mr. Manno left --

14        A.    I believe.

15        Q.    -- his employment?

16        A.    I believe so.

17        Q.    What about Mr. Strahan's employment

18    agreement, where was it located or did you assist

19    in locating that?

20        A.    I assisted in locating it and I believe

21    it was also in the Indianapolis office.

22        Q.    Was it also in this locked file room?

23        A.    Yes, I believe so.

24        Q.    And who had access to this locked file

25    room?

Confidential Under The Protective Order

1                           J. Coburn

2      A.    The HR operations team.

3      Q.    Would Mr. Manno or Mr. Strahan have had

4   access to that room?

5      A.    No.

6      Q.    For Mr. Strahan, when did you locate or

7   when did you assist in locating his employment

8   agreement?

9      A.    I don't know the specific dates.

10     Q.    Is your assumption that it would have

11  been after he left employment with Genesys?

12     A.    That's a fair assumption.

13     Q.    You say you provided -- I believe you

14  said documents and e-mails.  Let me just clarify.

15          You have provided documents and e-mails

16  to counsel, based on personal searches you've done

17  in this case?

18     A.    I believe so, yes.

19     Q.    Did you assist in locating Mr. Hertel's

20  employment agreement?

21     A.    I believe I would have had a team

22  helping me find that.

23     Q.    Okay.  Do you know where it was located?

24     A.    I don't.

25     Q.    Do you know when you would have had a

Confidential Under The Protective Order

```
 1                        J. Coburn
 2   team search for that?
 3        A.    I'm assuming it would be after
 4   Mr. Hertel left.
 5        Q.    Do you know if that was in paper copy?
 6        A.    I don't, no.
 7        Q.    I don't think I asked you, but
 8   Mr. Strahan's in a locked file room, that was in a
 9   paper file?
10        A.    I believe so.
11        Q.    To your knowledge, are you aware that
12   Genesys ever provided a copy of the Interactive
13   Intelligence agreement to Mr. Manno, their
14   respective agreements, to Mr. Manno, Mr. Strahan
15   or Mr. Hertel, while they were employed by
16   Genesys?
17        A.    I'm sorry.  Would you rephrase your
18   question, please?
19        Q.    Sure.  So let's just go down the list.
20              Are you aware that Genesys ever provided
21   a copy of Mr. Manno's employment agreement to him
22   while he was employed with Genesys?
23        A.    I don't know.
24        Q.    You personally did not provide him a
25   copy?
```

Confidential Under The Protective Order

1                        J. Coburn

2        A.    I personally did not.

3        Q.    Because based on memory, you didn't see

4    the copy until after the case or -- excuse me --

5    after they left employment, is that correct?

6        A.    Correct.

7        Q.    As to Mr. Strahan, are you aware of

8    Genesys ever providing him a copy of his

9    employment agreement, while he was employed with

10   Genesys?

11       A.    Not that I'm aware of.

12       Q.    You personally did not provide him one?

13       A.    I don't remember providing him anything.

14       Q.    And you personally don't remember seeing

15   a copy of his employment agreement until, you

16   assume, after he left his employment with Genesys?

17       A.    Yes.

18       Q.    Same question for Mr. Hertel:  You are

19   not aware that Genesys ever provided a copy of

20   Mr. Hertel's employment agreement to him while he

21   was employed with Genesys?

22       A.    Correct, I'm not aware of that.

23       Q.    Are you aware of Genesys providing a

24   copy of Ms. Morales' employment agreement to her

25   while she was employed with Genesys?

Confidential Under The Protective Order

1                          J. Coburn

2      A.    I am not aware of that.

3      Q.    Okay.  Have you reviewed Ms. Morales'

4  employment agreement recently?

5      A.    No.

6      Q.    Have you ever reviewed it, to your

7  knowledge?

8      A.    I don't remember reviewing hers.

9      Q.    Let's talk about your background.

10           One, I have a copy of your LinkedIn

11  profile which is, obviously, how everybody learns

12  anything about anyone.  So I just want you to

13  verify a few things about what your LinkedIn

14  profile says.  I'm assuming it's correct, but let

15  me know if it's not.  I won't share with you

16  because you have it, I'm sure.  I'm just going to

17  verify the information.

18           You are currently in HR.  Your role is

19  HR business partner with Genesys, is that correct?

20      A.    Yes.

21      Q.    And you've been in that role since May

22  of 2017?

23      A.    Yes.

24      Q.    It says you've -- I'm going to read this

25  quote.  "Advise/coach and consult managers,

Confidential Under The Protective Order

1                          J. Coburn

2    frequently or would you say that they're very

3    infrequent?

4        A.    It is typically very seasonal, as far as

5    the start of a year, the end of a year, our higher

6    volume recruiting, because that is when you're

7    getting new territories set, things like that, in

8    a sales organization.

9        Q.    Okay.  So I guess my question is over

10   the course of the full year.  I'm just trying to

11   get a picture of how many people Genesys is

12   looking to hire over the course of a year.

13       A.    I really -- I can't give you an accurate

14   answer, Mr. Moreland, I don't know.

15       Q.    Okay.  Do you recall receiving any of

16   these talent acquisition requests in the last

17   month?

18       A.    In the last month?

19       Q.    Yes.

20       A.    Yes, absolutely.

21       Q.    How many?

22       A.    In the month of January there have

23   probably been 20 to 30 requests for requisitions.

24       Q.    Is January a seasonal month, a higher

25   month than normal?

Confidential Under the Protective Order

1                                   J. Coburn

2          A.     It is.

3          Q.     Okay.  Do you recall any month, in the

4    course of your time since May, 2017 to today, that

5    you have not had a request for talent through the

6    requisition request?

7          A.     I don't know.

8          Q.     Okay.

9          A.     It may have happened.  I don't know.

10         Q.     Okay.  How many employees does Genesys

11   have?

12         A.     Genesys has roughly 5,000 employees

13   globally.

14         Q.     Okay.  Can you tell me what all

15   territories Genesys is located in?

16         A.     Do you mean all countries?

17         Q.     Geographically, yes, all countries.

18         A.     I don't think that I could actually get

19   into the specific countries, especially when you

20   are looking at like APAC, and things like that.  I

21   don't know where we have individuals in each of

22   those countries.

23         Q.     But, Genesys is located in Europe?

24         A.     Yes.

25         Q.     And APAC, as you said?

```
 1                         J. Coburn

 2      A.    Correct.

 3      Q.    Are you handling recruiting for those

 4  offices?

 5      A.    No.

 6      Q.    You're just handling recruiting for the

 7  U.S., correct?

 8      A.    I handle recruiting for North America.

 9      Q.    Which would include Canada, obviously?

10      A.    Correct.

11      Q.    So back to the question of -- I'm trying

12  to just get an understanding of -- if Genesys has

13  20 to 30 requisition requests, requests for

14  talent, in January of 2021, how many of -- I mean,

15  is it typical that Genesys is going to fill all of

16  those available or, I guess, requests that have

17  been made?

18      A.    Yes.  I mean, that's the intention,

19  that's why it's been opened.

20      Q.    Okay.  Do you know how many of the 20 to

21  30 that you just mentioned would have been in the

22  sales group?

23      A.    So the 20 to 30 I referred to are over

24  three different sales organizations of Genesys

25  currently.
```

Confidential Under the Protective Order

1                          J. Coburn

2              I understand you're asking a specific

3    question.  I am trying very hard to give you an

4    answer, but I want to give you an accurate answer

5    and I don't have that.

6        Q.    And, again, I'm asking you for a range.

7    I don't need an accurate answer, I need a range.

8              In your mind was it five people that you

9    hired in 2020 in the sales group or was it more

10   than 100?

11       A.    I really don't know.

12       Q.    Okay.  As the HR director of sales who

13   handles recruiting and requisition requests in

14   2020, you cannot tell me whether the number of

15   people that were interviewed and hired is greater

16   than 50?

17       A.    Well, Mr. Moreland, first off, I am not

18   the HR director.

19       Q.    Excuse me.  Business partner, yes.

20   Thank you for correcting me.

21       A.    Next, I really do not track every new

22   hire that we have.

23             Could I tell you that it could be close

24   to 50?  It could be, but I can't give you a

25   definitive answer because I don't track that

Confidential Under the Protective Order

1                        J. Coburn

2    information.

3        Q.    Understood.  What I'm getting at is I

4    need to understand, we're talking about an

5    organization that is 5,000 employees strong --

6        A.    Uh-huh.

7        Q.    -- in the U.S., I'm just curious for

8    sales, how many people are being hired on a

9    monthly and an annual basis.

10            So if you're saying that it could be 50,

11   then that's an answer, but if you are telling me

12   that you have no idea, you don't know if it's one

13   or you don't know if it's 100, then, is that your

14   answer?

15            MR. MALEY:  Mr. Coburn, I'm going to

16       object to the question.  The witness is trying

17       to answer everything truthfully and the

18       question the way it's phrased, David, is

19       compound.  So if you could rephrase the

20       specific question for her, please?

21            MR. MORELAND:  Yeah.  Let me do that

22       because I do want to make sure that we have

23       this correct.

24       Q.    Do you know if, in 2020, you hired more

25   than ten new sales individuals?

Confidential Under the Protective Order

Page 28

1                          J. Coburn

2       A.    I believe that we did.

3       Q.    More than 20?

4       A.    Sure.

5       Q.    More than 30?

6       A.    I would say there's a chance of hiring

7   30 people.  They may not all be new hire -- new

8   positions, they may be replacement positions.

9       Q.    Okay.  We'll talk about that in a

10  minute.

11            More than 40?

12      A.    In an average year or in 2020?

13      Q.    In 2020.

14      A.    It could have been 40, it could have

15  been 50.  I don't think it's more than 50.

16      Q.    When you said that there was a

17  difference between a new hire and a replacement

18  hire, what is that?  What distinguishes -- excuse

19  me -- what do you mean when you refer to that?

20      A.    What I mean is an incremental add is we

21  are adding to the number of sales folks in a given

22  territory.  A replacement hire is we are replacing

23  someone who is no longer with Genesys.

24      Q.    Okay.  Do you have an understanding for

25  how many in 2020 would have been replacement

Confidential Under the Protective Order

1              J. Coburn

2   hires?

3       A.    Mr. Moreland, I would have to go look up

4   all of that information.  I do not have our

5   turnover numbers memorized.

6       Q.    Okay.  But that information would be --

7   you would have that information at Genesys?

8       A.    That information could be pulled

9   together, yes.

10      Q.    In 2019 did you have more than ten

11  hires, whether new or replacement?

12      A.    I believe so.

13      Q.    More than 20?

14      A.    It is possible.

15      Q.    Okay.  More than 30?

16      A.    It's possible.

17      Q.    More than 50?

18      A.    It's typically not.

19      Q.    In 2018, did you have more than ten?

20      A.    2018, yes, I'm sure we did.

21      Q.    Okay.  More than 20?

22      A.    Yes, I'm sure we did.

23      Q.    Okay.  More than 50?

24      A.    I don't know.  I doubt it.

25      Q.    Okay.  Do you also get notified when

Confidential Under the Protective Order

1                          J. Coburn

2    individuals terminate their employment with

3    Genesys?

4         A.    Yes, that is the policy or process.

5         Q.    In 2020, can you give me a range of how

6    many people may have received termination notices?

7         A.    I don't know.  It could have been 20, it

8    could have been 25.  I'm not sure.

9         Q.    Okay.  But more than 50?

10        A.    I doubt that.

11        Q.    Okay.  Same question, 2019, was it more

12   than 20 but less than 50?

13        A.    Probably.

14        Q.    Okay.  2018, more than 20, less than 50?

15        A.    Probably.

16        Q.    Okay.  And then, in your first year

17   being an assistant in 2017, do you recall that

18   similar range, more than 20 less than 50?

19        A.    So I wasn't there for a full year in

20   2017, so I don't know that I could give you -- you

21   know, I'm assuming it would be similar, but I

22   wasn't there a full year.

23        Q.    Okay.  How many people were on the

24   recruiting team at Genesys?

25        A.    Maybe -- well, I'm sorry.  Let me

Confidential Under the Protective Order

```
 1                         J. Coburn
 2   clarify your question, the global recruiting team
 3   or something else?
 4        Q.    So let me -- yeah, I'll follow that up
 5   with a question.
 6              Of the global number of employees, how
 7   many are located in North America?
 8        A.    I'm not positive, it's probably -- let's
 9   see, out of the 5,000, it's probably 3,000 or so.
10        Q.    So let's just focus on the North
11   American recruiting team.
12        A.    Uh-huh.
13        Q.    How many individuals are staffed for
14   that team?
15        A.    I'm not -- I'm not positive, but I think
16   it's probably 15.
17        Q.    Are these full-time employees?
18        A.    Yes.
19        Q.    If they are -- you said it varies by
20   year, as far as the number of people that are
21   recruited.
22              Do these employees get paid any less if
23   the year is a year where you have less employees
24   that need to be hired?
25        A.    I don't know how their compensation
```

Confidential Under the Protective Order

1                           J. Coburn

2    works.

3         Q.    Okay.  You have no idea if they are

4    working on some sort of commission basis?

5         A.    I don't, no.

6         Q.    So it's very possible that if -- let me

7    back up.  Strike that.

8               Does Genesys use headhunters to find

9    potential recruits?

10        A.    Not in the groups that I have worked

11   with, no.

12        Q.    So you have no experience with hiring a

13   headhunter to replace or find a new sales

14   associate, for example?

15        A.    I do not.

16        Q.    Okay.  And to your knowledge the

17   recruiting team does not hire headhunters?

18        A.    I do not believe they do.

19        Q.    Of the 3,000 employees that are in the

20   U.S., how many would you say are in sales?

21        A.    In the North America direct sales team

22   it's about 400, 450.

23        Q.    And there are various divisions within

24   the North American sales team?

25        A.    There are various divisions within the

Confidential Under the Protective Order

1                              J. Coburn

2    sales team.

3         Q.    Okay.  Can you give me -- I'm sorry.  I

4    don't want to cut you off.  Were you about to say

5    something?

6         A.    No.

7         Q.    Okay.  Can you provide to me the names

8    of the various teams or organizations that fall

9    under north American sales?

10        A.    In North American sales you'll have the

11   enterprise sales, you'll have the mid-market

12   sales, you'll have velocity, you'll have

13   commercial, you'll have your solutions consulting

14   organization, there's a Canadian team.  Those are

15   the ones that I can think of.  Those are the ones

16   I can think of right now.

17        Q.    Okay.  Let's go through each of those.

18              For enterprise, what's the approximate

19   sales team size?

20        A.    I don't know.  They're probably one of

21   the larger teams, they might be somewhere between

22   30 and 50.

23        Q.    Okay.  Mid-market, what was the size of

24   that team?

25        A.    Mid-market is probably between 30 and

Confidential Under the Protective Order

1                          J. Coburn

2    40.

3       Q.    Velocity?

4       A.    Velocity is typically less than 20.

5       Q.    Commercial, what's the size of that

6    team?

7       A.    A team of 30, I think.

8       Q.    Solutions consultants, the size of that

9    team?

10      A.    The team is over a hundred but I'm not

11   sure.

12      Q.    Just so I'm aware, what type -- I mean,

13   what are the -- can you provide me a title of --

14   what are the sales personnel that would be in that

15   team?  I guess I'm trying to understand what's

16   solutions consultant.

17            What does the solutions consulting team

18   do?

19      A.    The solutions consultant is the

20   technical pre-sales team that assists the account

21   executive in a sale.

22      Q.    Okay.  Do you know if David Ham is in

23   that group?

24      A.    No, David is not in that group.

25      Q.    What group is David in?

Confidential Under the Protective Order

1                          J. Coburn

2        A.    David is in a group in the sales

3   operation organization that does some training and

4   demo work.

5        Q.    So he's in a separate group than

6   enterprise, mid-market, velocity, commercial,

7   solutions consulting or Canadian?

8        A.    Correct.

9        Q.    Canadian team, how large is that?

10       A.    Less than 15.

11       Q.    Have these team sizes grown from 2018 to

12   2020?

13       A.    Some of them have.

14       Q.    Which ones have grown?

15       A.    Enterprise and probably our mid-market

16   teams.

17       Q.    Do these sales teams have specific

18   products that they focus on for sales?

19       A.    I don't know that, Mr. Moreland.

20       Q.    Okay.  Do they focus on specific size

21   customers?

22       A.    My understanding is they segment based

23   upon the seat counts.

24       Q.    Do you personally know what those -- how

25   those segmentations break out?

1                        J. Coburn

2    "COMPETITION" and then it has various names of

3    companies in that, Genesys included.

4              Are you aware of Avaya, for example,

5    being a competitor to Genesys?

6        A.    So as of now -- again, I can't comment

7    for 2016 -- as of now, I am aware that Avaya is in

8    the competitive space as Genesys, yes.

9        Q.    InContact also in a competitive space?

10       A.    I believe so.

11       Q.    Ring Central?

12       A.    I don't know.

13       Q.    Okay.  Five9?

14       A.    I believe so.

15       Q.    Cisco?

16       A.    I don't know about cisco.

17       Q.    Okay.  ShoreTel?

18       A.    I don't know what that is.

19       Q.    Okay.  That's fine.

20              Do you understand Talkdesk to be in the

21   same competitive space with Genesys?

22       A.    Yes.

23       Q.    Okay.  Do you have an understanding

24   of -- is there a specific product that Genesys

25   sells that Talkdesk competes with?

Confidential Under the Protective Order

Page 40

1                              J. Coburn

2        A.    I don't know.

3        Q.    Okay.  In your involvement with

4    recruiting, have you ever encountered a new

5    employee who is changing from Avaya to Genesys?

6        A.    I don't know, Mr. Moreland, I don't get

7    actively involved with all of the new hires.

8        Q.    Okay.  So sitting here today, you cannot

9    recall any instances where an employee came from

10   Avaya to work for Genesys, is that correct?

11       A.    Well, I believe your question was if I

12   was personally involved with an employee, and the

13   answer was no, because I'm not actively involved

14   with employees.

15            Am I sure that individuals come from

16   Avaya to Genesys, I'm sure that they do.

17       Q.    Okay.  Are you sure that individuals

18   come from inContact to Genesys?

19       A.    There is a distinct possibility.

20       Q.    Okay.  So bottom line, you're positive

21   that individuals who were employed with a

22   competitor now work for Genesys?

23       A.    I'm sure.

24       Q.    Do you keep any record of how many

25   people have come from competitors?

Confidential Under the Protective Order

Page 41

1                          J. Coburn

2        A.    I do not.

3        Q.    Okay.  How would I find that information

4   out?

5        A.    I don't know.

6        Q.    Okay.  Does Genesys retain the resumes

7   of the individuals that it hires?

8        A.    I'm sure.  I'm sure they're in one of

9   our applicant tracking systems.

10       Q.    So assuming that that individual had

11  been at a competitor, we should be able to find

12  that out by looking at the resumes; would you

13  agree with that?

14       A.    Yes.

15       Q.    You can put that exhibit away.  We may

16  reference it later, put it away for now.

17             Do you also get involved with

18  terminating individuals at Genesys?

19       A.    Yes.

20       Q.    Can you tell me -- once again, we'll get

21  through this -- the range of individuals that you

22  believe may have been terminated at Genesys in

23  2020?

24       A.    I have a clarifying question.  What do

25  you mean by "termination"?

Confidential Under the Protective Order

Page 54

1                          J. Coburn

2       A.      A knowledge base of what?

3       Q.      Of how to perform your job as an HR

4    business partner, for example?

5       A.      Yes.

6       Q.      Okay.  And you continue to use that

7    skill set at Genesys as an HR business partner?

8       A.      Yes.

9       Q.      Did you have an employment agreement

10   when you were at Kronos?

11      A.      I don't remember.

12      Q.      So you could not recall the terms of the

13   employment agreement, if you had one?

14      A.      I don't remember.

15      Q.      Okay.  Do you recall providing Genesys

16   with an employment agreement, during your

17   interview process?

18      A.      No.

19      Q.      Before Kronos you were with Beckman

20   Coulter, is that correct?

21      A.      Yes.

22      Q.      From 2003 to 2015, correct?

23      A.      Yes.

24      Q.      You were a human resource manager there?

25      A.      Yes.

Confidential Under the Protective Order

Page 55

1                          J. Coburn

2        Q.    Okay.  Do you recall if you had an

3   employment agreement with Beckman?

4        A.    I don't, I don't recall.

5        Q.    Okay.  In your time with Genesys, do you

6   recall instances where employees in a sales group

7   have left to work for competitors?

8        A.    I don't know specifics.

9        Q.    Okay.  So sitting here today, can you

10  recall anyone who was a former employee of

11  Genesys, that left Genesys to be employed by a

12  competitor?

13       A.    Yes.

14       Q.    Who?

15       A.    Mr. Manno.

16       Q.    Anyone else?

17       A.    Mr. Hertel.

18       Q.    Okay.  Anyone else?

19       A.    Mr. Strahan.

20       Q.    Anyone else?

21       A.    Ms. Morales.

22       Q.    Okay.  So outside of the defendants in

23  this lawsuit, can you recall anyone else leaving

24  Genesys and going to work for a competitor?

25       A.    Mr. Ward.

Confidential Under the Protective Order

Page 56

```
 1                        J. Coburn
 2      Q.    Okay.  Who else?
 3      A.    Mr. Karras.
 4      Q.    Okay.  I won't go through the whole
 5   list, but what I do want to find out, is it
 6   frequent that it happens or infrequent?
 7      A.    I don't know.
 8      Q.    Okay.  How do you actually find out if
 9   they're going to a competitor?
10      A.    They will choose to tell us.
11      Q.    Do you ask if they're going to a
12   competitor when they resign?
13      A.    I do not personally ask that because I
14   don't -- I do not personally ask that.
15      Q.    Okay.  Do you personally sit in on exit
16   interviews for people that are resigning from
17   Genesys?
18      A.    Not for all of Genesys, no.
19      Q.    Just for the sales team that you oversee
20   or work with?
21      A.    Yes.
22      Q.    Okay.  So in that exit interview it's
23   not your practice to ask who the employee who is
24   resigning is going to go to work with in their
25   future employment?
```

Confidential Under the Protective Order

Page 57

```
 1                        J. Coburn

 2       A.    No.

 3       Q.    Do you know if anyone asks that question

 4  at Genesys?

 5       A.    I don't.

 6       Q.    Would you characterize that as an

 7  irrelevant fact?

 8       A.    No.

 9       Q.    Okay.  Why not?

10       A.    It is -- it is relevant to ensure that,

11  you know, we know where folks are going.  And each

12  person that leaves, we remind them, regardless of

13  whether they're going to a competitor or not.  We

14  remind them that, you know, they are not to take

15  proprietary Genesys information.

16       Q.    Okay.  But the first part of that --

17       A.    Uh-huh.

18       Q.    -- asking where they're going, knowing

19  that they're going to a competitor, that's

20  irrelevant; would you agree?

21       A.    I'm sorry, I didn't.  Did you say

22  irrelevant?

23       Q.    Irrelevant.

24       A.    So from what I work with the employees

25  on, it is irrelevant.
```

Confidential Under the Protective Order

Page 58

1                          J. Coburn

2       Q.    Okay.  You said you remind the employees

3   not to take proprietary Genesys information, is

4   that correct?

5       A.    Yes.

6       Q.    Can I -- I'm going to give you a

7   document to look at here.  Sorry about this.  You

8   should have this.

9             Do you have the document that at the

10  bottom says -- has a number that ends in 415?

11      A.    I'm not sure.  Let me try -- potential

12  security issue -- I'm sorry.  Where would I see

13  that 415 you're referring to?

14      Q.    Sure.  It should be in the bottom

15  right-hand corner of the document.

16      A.    Yes.  Yes, I see that.

17      Q.    And this document says, on the first

18  page "Signed Agreement Certification Form."  This

19  will be Coburn Exhibit 3, which is, for the record

20  Genesys production number GEN500012415 through

21  417.

22                       (Exhibit 3 Coburn, Genesys, Side

23                       Agreement Certification Form, David

24                       Ham, 10-17-13, Bates stamped

25                       GEN500012415 through 500012417, was

Confidential Under the Protective Order

Page 59

1                      J. Coburn

2                marked for the purposes of

3                identification.)

4      Q.    If you'll look at the second page of

5  this document?

6           And I believe you said that you inform

7  individuals that are leaving Genesys, in their

8  exit interview, remind them not to -- I can't

9  remember how you phrased it, so I don't want to

10  paraphrase -- but you remind them of their

11  obligations relating to confidential information,

12  is that correct?

13     A.    Yes.

14     Q.    Okay.  Is this form that we see here at

15  Genesys 500012416, is this how you remind

16  individuals of that information?

17     A.    Yes.

18     Q.    Do you orally tell them?

19     A.    No.

20     Q.    Okay.  So if someone doesn't sign --

21  doesn't see this form and sign it, then they would

22  not be reminded of their obligations of

23  confidentiality or of their employment agreement,

24  for example, correct?

25     A.    Yes.

Confidential Under the Protective Order

Page 60

1                              J. Coburn

2        Q.    This is a document for Mr. Ham, you

3   agree?

4        A.    It appears that way.

5        Q.    So Mr. Ham had an exit interview, would

6   you agree with that?

7        A.    I don't know.

8        Q.    Okay.  But you would have been -- you

9   would have attended this exit interview if he had

10  one?

11       A.    I don't believe that he was in the

12  client groups that I support.

13       Q.    Okay.  Thank you.  That's a good point.

14  Yeah.

15             But this form, though, would be similar

16  or would be the same form that you would use in

17  your client groups, correct?

18       A.    Yes.

19       Q.    Okay.  Do you know if Mr. Hertel signed

20  a form similar to what we're looking at in Coburn

21  Exhibit 3?

22       A.    I don't know.

23       Q.    Do you know if Mr. Hertel had an exit

24  interview?

25       A.    I don't remember.

Confidential Under the Protective Order

1                        J. Coburn

2        Q.    So it's very possible that Mr. Hertel

3   was not reminded of any confidentiality

4   obligations when he left his employment with

5   Genesys; do you agree?

6        A.    So our standard process is when an

7   employee gives their resignation to their manager,

8   their manager sends it over to me, an e-mail goes

9   out to that employee with that document attached

10  to it for exiting purposes.

11       Q.    I'm sorry.  What was that last part?

12       A.    For exiting purposes, so they receive an

13  e-mail with this information.

14       Q.    So if there's no record of Mr. Hertel

15  receiving this document via e-mail, it's safe to

16  assume he did not receive this document?

17       A.    Could you rephrase your question,

18  please?

19       Q.    Sure.  If Mr. Hertel would have received

20  this information and there is no e-mail with this

21  information in it to Mr. Hertel, it's safe to

22  assume that he did not receive it when he resigned

23  from Genesys, correct?

24       A.    Yes.

25       Q.    Do you know if Mr. --  I'll group them

Confidential Under the Protective Order

```
 1                        J. Coburn

 2   together -- Mr. Manno and Mr. Strahan signed this

 3   form?

 4        A.    I don't know.

 5        Q.    Do you know if they received an e-mail

 6   with this form?

 7        A.    I don't know.

 8        Q.    If they did not receive an e-mail with

 9   this form, it's safe to say that they just did not

10   receive this form, correct?

11        A.    Yes.

12        Q.    So Mr. Manno and Mr. Hertel may not have

13   been reminded of their confidentiality obligations

14   when they left their employment with Genesys,

15   correct?

16        A.    Yes.

17        Q.    Are you aware of anyone at Genesys -- I

18   think, I apologize, I may have asked this question

19   before.  I apologize if I asked it before.

20             Are you aware of anyone at Genesys

21   providing Mr. Manno or Mr. Hertel or Mr. Strahan a

22   copy of their employment agreements with

23   Interactive Intelligence prior to them leaving

24   their employ with Genesys?

25        A.    I don't know.
```

Confidential Under the Protective Order

Page 63

```
 1                        J. Coburn

 2      Q.    So you can't say one way or the other?

 3      A.    I cannot.

 4      Q.    So it's possible they did not receive a

 5   copy of their prior employment agreements with

 6   Interactive Intelligence, before they left their

 7   employ with Genesys?

 8      A.    I do not know.

 9      Q.    You personally do not provide copies?

10      A.    I do not recall providing them copies of

11   anything.

12      Q.    Is it -- if Genesys had wanted to remind

13   these individuals that they had agreements with

14   Interactive Intelligence -- I'm sorry, strike that

15   question.  We'll move on.

16            Does Genesys send offer letters when

17   it's hiring new employees for the sales team?

18      A.    Yes.

19      Q.    I'm going to drop another file for you.

20   This will be Coburn Exhibit 4.

21      A.    I'm sorry, you said it was -- I see

22   Coburn 2.

23      Q.    Sure.  Yeah.  That's my prior numbering,

24   so just disregard that.

25      A.    Yeah.  Okay.
```

Confidential Under the Protective Order

Page 64

```
 1                       J. Coburn

 2       Q.    For the purposes of the court reporter,

 3  this will be Coburn Exhibit 4.  It has a Bates

 4  number GEN500012092 through 113.

 5                       (Exhibit 4 Coburn, Genesys, 2-9-17,

 6                       Diane Sparks offer letter, Bates

 7                       stamped GEN500012092 through

 8                       500012113, was marked for the

 9                       purposes of identification.)

10       Q.    Does this document look familiar to you?

11       A.    It is not personally familiar to me, no.

12       Q.    But it looks like a Genesys offer

13  letter, correct?

14       A.    It looks that way.

15       Q.    This one in particular is to Ms. Sparks;

16  do you agree?

17       A.    In reading it, it looks that way.

18       Q.    If you'll just note at the top, it's

19  dated February 9th, 2017, correct?

20       A.    Yes.

21       Q.    And it states, if you'll look in the --

22  let me find it -- if you'll look in the "Position

23  and Start Date," you'll see the third paragraph,

24  "We anticipate that your start date will be

25  February 20th, 2017."
```

Confidential Under the Protective Order

Page 65

1                        J. Coburn

2             Do you see that?

3        A.    Yes.

4        Q.    Okay.  So you agree this -- for this

5    particular offer letter, it was sent prior to the

6    first date of employment, correct?

7        A.    It -- based upon reading the dates, yes.

8        Q.    Is that typical, that the offer letter

9    would be sent prior to the start of employment?

10       A.    Yes.

11       Q.    Is it typical that the prospective

12   employee will sign it prior to start of

13   employment?

14       A.    Yes.

15       Q.    Okay.  Despite the fact that the

16   employee has signed the offer letter in advance of

17   employment, that prospective employee is not

18   working for Genesys until their start date; would

19   you agree with that?

20       A.    Yes.

21       Q.    As a part of the recruiting process,

22   does Genesys ask the recruits to provide

23   information, I guess, pre-employment information?

24       A.    I'm not -- I'm not sure.

25       Q.    Okay.  Does Genesys ask that the

Confidential Under the Protective Order

Page 66

```
 1                      J. Coburn

 2   employee, for example, execute tax withholding

 3   forms prior to the first day of employment?

 4        A.    I'm not sure.

 5        Q.    Okay.  Is it possible that they could do

 6   that?

 7        A.    It could be possible.  It could be

 8   possible that it doesn't occur until the day the

 9   person starts, I'm not sure.

10        Q.    Okay.  It could be either/or then?

11   There's a possibility it could be either/or?

12        A.    Yes.

13        Q.    Okay.  Thank you.  Sorry.

14              What about training materials, have you

15   known instances where training materials have been

16   provided to the employee for them to prepare for

17   their first day of employment?

18        A.    Not that I'm aware of.

19        Q.    How about itineraries for their first

20   day of employment?

21        A.    Possibly.  It's possible.

22        Q.    Okay.  And in the recruiting process,

23   the prospective employee meets with individuals

24   from Genesys via telephone, in person?  What are

25   the various ways that they may communicate with
```

Confidential Under the Protective Order

1                        J. Coburn

2    Genesys about -- during the recruiting process?

3        A.    Just to make sure I understand your

4    question, your question was how would Genesys

5    employees communicate with prospective candidates?

6        Q.    We can start there.

7        A.    Well, I'm sorry then, I don't understand

8    your question.

9        Q.    That's good.

10            How do they communicate?  How do Genesys

11   employees communicate with prospective employees,

12   prior to their employment?

13       A.    It could be via phone, e-mail, zoom or

14   in-person interviews.

15       Q.    Okay.  If it's an in-person interview,

16   do the candidates sometimes fly to the location

17   where they're being interviewed?

18       A.    I'm not sure.

19       Q.    Again, that's a possibility?

20       A.    It is.

21       Q.    And Genesys would pay for the cost of

22   the flight?

23       A.    Yes.

24       Q.    Are you aware of Genesys providing

25   advance information regarding the e-mail that the

Confidential Under the Protective Order

1                      J. Coburn

2    individual will have once flown to Genesys.

3        A.    Not that I'm aware of.

4        Q.    It's possible that could happen?

5        A.    I don't know.

6        Q.    I'm going to drop one more offer letter

7    into the chat, this is Coburn Exhibit 5, for the

8    purpose of the record, which bears production

9    number GEN500012039 to 049.

10                   (Exhibit 5 Coburn, Genesys offer

11                   letter, 2-19-16, Susanne Sayer,

12                   Bates stamped GEN5000500012039

13                   through 500012049, was marked for

14                   the purposes of identification.)

15       Q.    This is an Interactive Intelligence

16   offer letter provided by Genesys to Susanne Sayer.

17             Can you see her name there?  It's a

18   little hard to see?

19       A.    It is difficult to see.

20       Q.    Would you agree that this appears to be

21   a -- it says, "Dear Susanne"?

22             Do you see that?

23       A.    Yes.

24       Q.    And above that you see Sayer is the last

25   name?

Confidential Under the Protective Order

Page 78

1                        J. Coburn

2        A.    The only one I'm aware of is President's

3   Club.

4        Q.    Do you know what it means to be in the

5   President's Club?

6        A.    It means -- well, it means that you've

7   hit a certain quota achievement.

8        Q.    Do you know what that is, by chance?

9        A.    I'm actually not sure what it is right

10   now, no.

11        Q.    Does it change year to year or is it the

12   same?

13        A.    I don't know.

14        Q.    Okay.  Part of the negotiating process

15   is to negotiate, in certain instances at least, to

16   negotiate with the candidate on a salary for their

17   position at Genesys; do you agree?

18        A.    Yes.

19        Q.    Is it, in your experience, a

20   take-it-or-leave-it scenario?

21        A.    It can be.

22        Q.    Okay.  But in other cases it is a

23   negotiation, where you can have a counteroffer

24   from the prospective recruit?

25        A.    Yes.

Confidential Under the Protective Order

1                          J. Coburn

2      Q.     Okay.   What training do you provide to

3   new employees when they're onboarded, from an HR

4   perspective?

5      A.     From an HR perspective?

6             From an HR perspective, they go through

7   new-hire orientation, is the predominant as a new

8   hire.

9      Q.     And what does the new-hire orientation

10  involve?

11     A.     The new-hire orientation gives an

12  overview of the company, it gives an overview of

13  the benefits, how the pay works, things like that.

14     Q.     Does -- as part of this new-hire

15  orientation, does someone explain to these new

16  hires what information at Genesys is considered

17  confidential or proprietary or trade secret?

18     A.     Not in the new-hire orientation.

19     Q.     Okay.   Is there a separate training that

20  provides that information to new hires?

21     A.     So it is my understanding that as part

22  of your offer letter, you sign information around

23  proprietary information, as well as there are

24  some -- there is a compliance training that new

25  hires are required to take within a period of time

Confidential Under the Protective Order

1                          J. Coburn

2    of starting.

3         Q.    Okay.  To your knowledge, are these the

4    only two reference points that are provided to the

5    new hires as to what constitutes confidential or

6    trade-secret information?

7         A.    There may also be something in the

8    employee handbook, but those are the ones that I

9    am personally aware of.

10        Q.    Let's look at -- I believe I've got the

11   right document here, if you will bear with me.  It

12   is labeled as Coburn W, but it will be Coburn

13   Exhibit 6.  Which bears a production number of

14   GEN500053830 through 53849.

15                    (Exhibit 6 Coburn, Genesys

16                    Information Asset Management

17                    Policy, Version 1.4, Bates stamped

18                    GEN500053830 through 500053849, was

19                    marked for the purposes of

20                    identification.)

21        Q.    Let me know when you've opened that

22   document up.

23        A.    Yes, I have opened it.

24        Q.    If you'll go to what is Page 5, it ends

25   with 834 at the bottom.  I'm sorry.  Strike that.

Confidential Under the Protective Order

Page 81

1                              J. Coburn

2              If you would just look at this document.

3    Is this one of the documents that you were

4    referring to before, as to what is provided to new

5    hires?

6         A.    It could be.  This document is dated

7    prior to my start time with Genesys.

8         Q.    Okay.  Understood.

9              Are you aware of any document like this

10   being provided by Interactive Intelligence to its

11   employees?

12        A.    I don't know.

13        Q.    Does Genesys provide information, asset

14   management policy, a document like this to new

15   hires today?

16        A.    I don't know.

17        Q.    All right.  If you'll look at Page 3 of

18   this document.  I apologize, but the writing is

19   sort of small, so.  Let me know when you get to

20   it.

21        A.    I'm sorry.  You said Page 3?

22        Q.    Yes, Page 3.  On the bottom right-hand

23   corner it says 3 and it's 834 is the production

24   number, as well.

25        A.    832, 833 -- 834 is what you said?

Confidential Under the Protective Order

Page 82

1                        J. Coburn

2       Q.    Yes.

3       A.    Okay.

4       Q.    Okay.  You'll see Section 2, it says

5    "Information Classification" and "2.1

6    Classification Guidelines."

7             Do you see that?

8       A.    Yes.

9       Q.    And it says, "Classification Levels" and

10   it says, "CONFIDENTIAL."

11            Do you see that?

12      A.    Yes.

13      Q.    First, again, is this a document -- is

14   this document provided by HR to employees?

15      A.    Again, as I've said, this document is a

16   document that predates my time working for

17   Genesys.

18      Q.    Is there a document that you're aware

19   of, that is provided to new hires, that sets out

20   classification guidelines?

21      A.    I'm not sure.

22      Q.    Okay.  I'm just going to ask you

23   quickly.  You can see that the level is designated

24   as confidential on this page, and it gives a

25   description of the information.  I'll let you read

Confidential Under the Protective Order

```
 1                          J. Coburn
 2   that over if you want to, but it then goes on to
 3   say, "Examples Include," and I'm quoting,
 4   "Examples include trade secrets."
 5            My question is:  Are you aware of any
 6   document that further defines what a trade secret
 7   is, that is provided to employees at Genesys?
 8        A.    I'm not sure.
 9        Q.    Do you, yourself, know whether a trade
10   secret includes, for example, information that's
11   provided to customers?
12        A.    I'm not sure.
13        Q.    Are you aware that Genesys provides its
14   pricing information on its website?  Would you
15   agree?
16        A.    I don't know.
17            MR. MALEY:  I'm going to object to the
18        form of the question, the term "pricing
19        information."
20            MR. MORELAND:  That's fine.
21        Q.    You're not aware of that?
22        A.    I'm not aware of -- I'm sorry.  I'm not
23   aware of what?
24        Q.    Of pricing information being provided on
25   Genesys' website?
```

Confidential Under the Protective Order

Page 84

1                          J. Coburn

2        A.    I am not.

3        Q.    I'm going to drop something again to you

4    real quick, just to see if this refreshes your

5    recollection on this issue.

6              This will be Coburn Exhibit 6.  It's a

7    print-out from Genesys' web page?

8              MR. MALEY:  David, did you have 6

9        already?

10             MR. MORELAND:  I'm sorry.  Thank you.

11       Q.    This is Coburn Exhibit 7, which I will

12   note is a printout from Genesys' website that was

13   introduced as Exhibit 202 in a prior proceeding,

14   the preliminary injunction phase of this case.

15                    (Exhibit 7 Coburn, Exhibit 202,

16                    GENESYS moments connected,

17                    PureCloud pricing, no Bates stamps,

18                    was marked for the purposes of

19                    identification.)

20       Q.    Have you ever seen the website or

21   Genesys' website where it provides this pricing

22   information?

23       A.    I have not seen this information before.

24       Q.    All right.  But you agree, if this is

25   from Genesys' website, Genesys does provide

Confidential Under the Protective Order

1                          J. Coburn

2      A.     No.  I mean, just to let my boss know.

3      Q.     Right.  Understood.

4      A.     She does need to know what I'm doing

5  during the day.

6      Q.    Understood.  Yeah.

7             Do you know how your marketing team

8  develops leads for potential customers?

9      A.     No clue.

10     Q.     Are you aware of customers providing

11  information about the products they receive from

12  Genesys or their -- let me stop there.

13             Are you aware of any customers

14  providing, on any type of social media or

15  otherwise over the internet, about being a

16  customer of Genesys?

17     A.     Not that I'm aware of.

18     Q.     Are you aware of customers posting

19  reviews of Genesys' products on the internet?

20     A.     No.

21     Q.     Do you know what Gartner is?

22     A.     Yes.

23     Q.     What is Gartner?

24     A.     Gartner is an independent entity that

25  rates tech companies.

Confidential Under the Protective Order

1                          J. Coburn

2       Q.    Are you aware of Gartner providing

3   information about Genesys products and services as

4   a part of that rating process?

5       A.    I am not.

6       Q.    Have you ever read the Gartner

7   information relating to Genesys?

8       A.    No.

9       Q.    Have you ever heard of SalesIntel?

10      A.    No.

11      Q.    Have you ever heard of ZoomInfo?

12      A.    No.

13      Q.    Have you heard of DiscoverOrg?

14      A.    I don't think so.

15      Q.    During your time with Genesys, in

16  particular, early in 2017 and 2018, were you aware

17  of prior interactive communications employees

18  having issues with the culture at Genesys?

19      A.    I am aware that there were cultural

20  issues, I don't know that I could give you

21  anything specific.

22      Q.    So let's start with there were concerns

23  made to you about cultural issues relating to

24  Genesys by former Interactive Intelligence

25  employees.

Confidential Under the Protective Order

Page 139

```
1                        J. Coburn

2      A.    I wouldn't state it as concerns, I would

3  state it as during exit interviews, that it was

4  not uncommon for that to be one of the factors in

5  them deciding to leave.

6      Q.    Okay.  And what was the -- what type of

7  information did they provide as to reasons why

8  that was a factor for them?

9      A.    So what I will state is I can't give

10 specifics, it was a couple of years ago.

11     Q.    Understood.

12     A.    In general, it's really around the

13 culture is different, Interactive didn't have as

14 many processes or standards or rules or expect a

15 lot.  Interactive didn't expect the level of

16 collaboration that Genesys did.

17     Q.    So there were more hoops to jump

18 through, would that be an accurate way of saying

19 it?

20     A.    I didn't say that.

21     Q.    It's incorrect?

22     A.    I said that there were more processes.

23     Q.    Okay.  All right.  So there were more

24 processes at Genesys than there were at

25 Interactive Intelligence?
```

Confidential Under the Protective Order

```
 1                      J. Coburn

 2      A.    That is the feedback I've heard.  Again,

 3  I didn't work for Interactive Intelligence, so I

 4  don't know.

 5      Q.    Understood.

 6            Do you know if any of the individuals

 7  that we've -- that we went over earlier -- and we

 8  can pull the list out again if we need to -- but

 9  the people that moved from Genesys to Talkdesk,

10  around the 2018 timeframe, if any of those

11  individuals were looking for employment or

12  expressing concerns about employment with Genesys?

13      A.    Not that I -- not that I remember.

14      Q.    Okay.  So, to your knowledge, you can't

15  recall receiving from those individuals any

16  specific concerns about the culture at Genesys in

17  that timeframe?

18      A.    As I said, it's been a couple of years,

19  I don't remember specifics.

20      Q.    Okay.  Do you know -- some of those

21  individuals were previously employed with

22  Interactive Intelligence; do you agree with that?

23      A.    I believe so.

24      Q.    Okay.  So it's possible that some of

25  those employees experienced the same cultural
```