UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC.,[1] | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00695-TWP-DML |
| | ) |
| TALKDESK, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

Order on Motion to Seal (Dkt. 275)
---

The defendants moved to seal certain documents because they had been designated as confidential by plaintiff Genesys. Genesys has filed a brief to support maintaining some of the documents under seal and to allow the unsealing of others.

The court GRANTS in PART and DENIES in PART the motion to seal for the same reasons it ruled this way on an earlier motion with respect to sealing other documents the parties have filed in connection with summary judgment briefing. *See* July 26, 2021 Order at Dkt. 277. The court acknowledges the defendants' position that none of the confidential-designated information constitutes trade secrets, notes that the parties' substantive briefs supporting and opposing summary judgment are not sealed, and stresses that the decision about what, if anything, is a trade secret is better made in the context of the fuller record on summary judgment

---

[1] The plaintiff has notified the court that its corporate name changed to Genesys Cloud Services, Inc. *See* Dkt. 252. The court directs the Clerk to make this name change on the docket.

rather than in the context of a motion to seal. After the court's decision on summary judgment, the court may require the parties to address anew the continued maintenance under seal of the documents designated by Genesys.

## Conclusion

The motion to seal (Dkt. 275) is GRANTED in PART and DENIED in PART.

The Clerk is directed to UNSEAL the following documents:

- Dkt. 274-1 (Exhibit 254)
- Dkt. 274-2 (Exhibit 255)
- Dkt. 274-3 (Exhibit 256)
- Dkt. 274-6 (Exhibit 260)
- Dkt. 274-7 (Exhibit 261)
- Dkt. 274-10 (Exhibit 265)
- Dkt. 274-11 (Exhibit 267)
- Dkt. 274-14 (Exhibit 270)
- Dkt. 274-17 (Exhibit 274)
- Dkt. 274-18 (Exhibit 276)
- Dkt. 274-19 (Exhibit 280)
- Dkt. 274-21 (Exhibit 286)
- Dkt. 274-22 (Exhibit 287)
- Dkt. 274-24 (Exhibit 289)
- Dkt. 274-25 (Exhibit 292)
- Dkt. 274-26 (Exhibit 299)

The Clerk is directed to MAINTAIN UNDER SEAL the unredacted deposition transcripts or exhibits at Dkts. 274-4 (Exhibit 257, Hertel transcript), 274-5 (Exhibit 259, Strahan transcript), 274-8 (Exhibit 262, Geraghty transcript), 274-9 (Exhibit 264, email), 274-12 (Exhibit 268, Manno transcript), 274-13 (Exhibit 269, Combs transcript), 274-15 (Exhibit 271, Paiva transcript), 274-16 (Exhibit 273, Brown transcript), 274-20 (Exhibit 285, PowerPoint), and 274-23 (Exhibit 288, Manno transcript).

So ORDERED.

Dated: August 26, 2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system