UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TALKDESK INC., RALPH MANNO, )<br>MICHAEL STRAHAN, and MARK HERTEL )<br>)<br>Defendants. ) | Civil No. 1:19-CV-00695-TWP-DML |

## JOINT MOTION TO AMEND TWO CASE MANAGEMENT DEADLINES

Plaintiff, Genesys Cloud Services, Inc., by counsel, and Defendants Talkdesk Inc., Ralph Manno, Michael Strahan, and Mark Hertel ("Defendants"), by counsel (hereinafter collectively "the Parties"), jointly move the Court to amend the Case Management Plan in this matter to extend two deadlines approximately 30-days as set forth below. In support of this Motion, the Parties jointly state:

1.  On December 2, 2020, the Parties filed their Joint Motion to Amend Case Management Plan (Dkt. 222).

2.  On December 2, 2020, the Court granted the Parties' Motion and extended the case management deadlines by forty-five (45) days (Dkt. 225) which put the deadline to exclude or limit expert testimony on September 24, 2021, and the deadline to serve final witness and exhibit lists on September 24, 2021. Such time has not passed.

3.  On August 25, 2021, the Court granted Plaintiff's Request for Oral Argument on Pending Summary Judgment Motions (Dkt. 292). The order set argument on the pending summary judgment motions for October 14, 2021.

4.  In view of the above, the Parties submit that a modest adjustment to the case

schedule is warranted and, accordingly, request that the following deadlines in the Case Management Plan be extended as follows:

- Any Party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **October 22, 2021**.

- All Parties shall file and serve their final witness and exhibit lists on or before **October 22, 2021**.

5. This Motion will not prejudice any other deadlines or the trial date in this matter.

WHEREFORE the Parties jointly move the Court to amend the Case Management Plan and extend the deadlines as set forth above, and for all other appropriate relief.

Respectfully submitted,

/s/ *John R. Maley*
John R. Maley (14300-89)
Thomas C. Payne (34727-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Email: jmaley@btlaw.com
          tpayne@btlaw.com

*Attorneys for Plaintiff*

/s/ *James P. Strenski*
James P. Strenski (18186-53)
PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Telephone: (317) 550-1855
Email: jstrenski@paganelligroup.com

David S. Moreland (Pro Hac Vice)
John Harbin (Pro Hac Vice)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
Telephone: (678) 869-7749
Facsimile: (404) 645-7707
Email: dmoreland@mcciplaw.com
          jharbin@mcciplaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

>John R. Maley (14300-89)
>Thomas C. Payne (34727-49)
>BARNES & THORNBURG LLP
>11 South Meridian Street
>Indianapolis, Indiana 46204
>Telephone: (317) 236-1313
>Email: jmaley@btlaw.com
>       tpayne@btlaw.com
>
>David S. Moreland (Pro Hac Vice)
>John Harbin (Pro Hac Vice)
>MEUNIER CARLIN & CURFMAN LLC
>999 Peachtree Street NE, Suite 1300
>Atlanta, GA 30309
>Telephone: (678) 869-7749
>Facsimile: (404) 645-7707
>Email: dmoreland@mcciplaw.com
>       jharbin@mcciplaw.com

*/s/ James P. Strenski*
James P. Strenski (18186-53)