UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil No. 1:19-CV-00695-TWP-DML |
| ) | |
| TALKDESK INC., RALPH MANNO, ) | |
| MICHAEL STRAHAN, and MARK HERTEL ) | |
| ) | |
| Defendants. ) | |

**ORDER ON JOINT MOTION TO AMEND TWO CASE MANAGEMENT DEADLINES**

This matter came before the Court on the Parties' Joint Motion to Amend Two Case Management Deadlines.

And the Court, having reviewed the Motion and being duly advised, finds that the Motion is meritorious and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the following case management deadlines are extended as follows:

- Any Party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **October 22, 2021**.

- All Parties shall file and serve their final witness and exhibit lists on or before **October 22, 2021**

Date: 9/7/2021

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.