UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 1:19-CV-695-TWP-DML |
| ) | |
| TALKDESK, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO EXCLUDE AND STRIKE PLAINTIFF'S EXPERTS' OPINIONS

Defendants Talkdesk, Inc. ("Talkdesk"), Michael Strahan ("Strahan"), Mark Hertel ("Hertel"), and Ralph Manno ("Manno") (collectively "Defendants"), hereby move this Court, pursuant to Federal Rules of Evidence 702 to exclude and strike certain opinions and testimony offered by Plaintiff Genesys Cloud Services, Inc.'s ("Genesys") proposed liability experts Ms. Rebecca Green and Mr. Jeremy C. York; non-retained employee witnesses Jessica Coburn, Alex Ball, and Cory Sanders; and damages experts Dr. Brian R. Dineen and Ms. Carrie L. Distler.  The proposed opinions are fundamentally flawed, improper, and prejudicial. Accordingly, they are not the product of reliable principles and methods; are not supported by sufficient facts or data; and should be accordingly excluded. For the reasons set forth in Defendants' brief in support of this Motion, filed contemporaneously herewith, Defendants respectfully requests that their motion be granted.

Respectfully submitted this 22nd day of October 2021.

*/s/ David S. Moreland*

James P. Strenski, #18186-53

1

PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Telephone: 317-550-1855
Email: jstrenski@paganelligroup.com

David S. Moreland (*pro hac vice*)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
Telephone: 404-645-7700
Email: dmoreland@mcciplaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and/or first-class U.S. Mail:

John R. Maley
Thomas C. Payne
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
**Counsel for Plaintiff**

*/s/ David S. Moreland*
David S. Moreland