NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00695-TWP-DML |
| | ) | |
| MICHAEL STRAHAN, | ) | |
| TALKDESK, INC., | ) | |
| RALPH MANNO, | ) | |
| MARK HERTEL, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Due to the pending motion for summary judgment[1], the final pretrial set January 5, 2022 and the jury trial set January 31, 2022 are **VACATED**. The final pretrial is **RESCHEDULED** to February 23, 2022 at 3:00 p.m. in Room 330 and the jury trial is **RESCHEDULED** to commence on March 21, 2022 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. The deadlines in Paragraph VIII of the case management plan are adjusted accordingly.

IT IS SO ORDERED.

Date:   12/15/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

---

[1] Oral argument on the cross-motions for summary judgment was heard on October 15, 2021 and a ruling is forthcoming.

Distribution:

Kathleen M. Anderson
BARNES & THORNBURG, LLP (Fort Wayne)
kathleen.anderson@btlaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC
dmoreland@mcciplaw.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

Thomas C Payne
BARNES & THORNBURG LLP
Thomas.Payne@btlaw.com

James P. Strenski
PAGANELLI LAW GROUP
jstrenski@paganelligroup.com