UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 1:19-CV-00695-TWP-DML |
| TALKDESK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff, Genesys Cloud Services, Inc., by counsel, submits the following Trial Witness List in advance of trial. Genesys expects to present testimony from these witnesses, either live or by deposition designations.

1. Defendant Ralph Manno
2. Defendant Michael Strahan
3. Defendant Mark Hertel
4. Danielle Morales
5. Tiago Paiva
6. Shauna Geraghty
7. Jessica Lu
8. Taylor Knudson
9. Doug Cahhal
10. Taylor Johnson
11. Mervyn Alamgir
12. Janice Rapp
13. Alex Ball

14. Cory Sanders

15. Jessica Coburn

16. Trisha Borme

17. Brett Stocker

18. Carrie L. Distler

19. Professor Brian R. Dineen, Ph.D.

20. Rebecca Green

21. Jeremy York, SPHR, SHRM-SCP

Genesys reserves the right to counter-designate deposition testimony from any witnesses for which Defendants designate deposition testimony.

Respectfully submitted,

GENESYS CLOUD SERVICES, INC.

By its Attorneys,

*s/ John R. Maley*
John R. Maley
Thomas C. Payne
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:   (317) 236-1313
Email:       jmaley@btlaw.com
             tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana  46802
Telephone:   (260) 425-4657
Facsimile:   (260) 424-8316
Email:       kanderson@btlaw.com