UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TALKDESK, INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) Civil Case No. 1:19-CV-695-TWP-DML ) ) ) ) ) |

## **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

Defendants Talkdesk, Inc. ("Talkdesk"), Michael Strahan ("Strahan"), Mark Hertel ("Hertel"), and Ralph Manno ("Manno") (collectively "Defendants") respectfully submit the following proposed *voir dire* questions for the Court's consideration to be asked during the first part of the *voir dire* session scheduled for September 12, 2022:

**TO THE PROSPECTIVE JURORS:**  If you answer "YES" to the following questions, please raise your hand:

1. Are you familiar in any way with any party to this case?

2. Do you have any training or experience in the legal industry?

3. Do you have any training or experience with contracts or contract negotiation?

4. Do you work in the telecommunications or contact center industry?

5. Do you work in a sales role within a particular industry?

6. Do you have any personal knowledge of this litigation, or have you read or heard it discussed, or have an opinion regarding it?

7. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

8. If you are selected to be a member of the jury, you must follow the law that the court tells you to apply, disregarding your own ideas about what the law is or should be. Is anyone here unable to do this?

9. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

10. Have you ever been a party to a lawsuit?

11. If you said "yes," have you been a plaintiff in a lawsuit?

12. If you said "yes," have you been a defendant in a lawsuit?

13. Have you ever owned your own business?

14. Have you ever been asked to sign an employment agreement with an employer?

15. Have you ever entered into a confidentiality agreement (non-disclosure) with an employer?

16. Have you ever entered into a non-compete or non-solicitation agreement with an employer?

17. Have you personally owned or worked for a company that owns trade secrets?

18. Have you personally or have you ever worked for a company that was involved in any type of dispute or litigation involving a trade secret?

19. Do you hold any leadership positions at work or with any community organizations?

20. Do you believe that if someone files a lawsuit, there must be some merit to it?

21. Do you believe that most companies, if given the chance, will take advantage of other companies to get what they want?

22. Do you believe that damages awards in lawsuits are (respond to one): Too high? Reasonable? Too low? Or No opinion?

23. Do you ever feel taken advantage of by large companies?

DATE: July 25, 2022

Respectfully submitted,

/s/ David S. Moreland

James P. Strenski, #18186-53
PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Telephone: 317-550-1855
Email: jstrenski@paganelligroup.com

David S. Moreland (*pro hac vice*)
John W. Harbin (*pro hac vice*)
Warren J. Thomas (*pro hac vice*)
Laken E. Adkins (*pro hac vice*)
Steven M. Philbin (*pro hac vice*)
Lee G. Hamilton (*pro hac vice*)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
Telephone: 404-645-7700
Email: dmoreland@mcciplaw.com
         jharbin@mcciplaw.com
         wthomas@mcciplaw.com
         ladkins@mcciplaw.com
         sphilbin@mcciplaw.com
         lhamilton@mcciplaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 25, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

             */s/ David S. Moreland*
             David S. Moreland