UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:19-CV-00695-TWP-DML |
| | ) |
| TALKDESK, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE REGARDING DEFENDANTS'
PROPOSED VOIR DIRE QUESTIONS**

Plaintiff, by counsel, hereby notifies the Court that Plaintiff has no objections to Defendants' Proposed Voir Dire Questions [Dkt. 403].

Respectfully submitted,

GENESYS CLOUD SERVICES, INC.

By its Attorneys,

*s/ John R. Maley*
John R. Maley
Thomas C. Payne
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:    (317) 236-1313
Email:         jmaley@btlaw.com
               tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana  46802
Telephone:    (260) 425-4657
Facsimile:    (260) 424-8316
Email:        kanderson@btlaw.com