UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:19-CV-00695-TWP-DML |
| TALKDESK, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S SUPPLEMENTAL TRIAL BRIEF**

Pursuant to the Court's Case Management Order (Dkt. 208 and 205) and Fed. R. Civ. P. 1, Plaintiff Genesys Cloud Services submits this short Supplemental Trial Brief to provide notice of intention to narrow the scope of its alleged trade secrets and confidential information that it intends to present at trial with respect to its state and federal misappropriation of trade secret claims against all remaining Defendants, and its breach of contract claims against Defendants Ralph Manno and Michael Strahan. Genesys' submission of this supplemental brief and narrowing of its claims is in response to the breadth of Defendants' pretrial filings and is an effort to streamline the case for an efficient trial.

At trial Genesys intends to pursue these claims with respect to only the PureCloud List (*see e.g.,* ECF 351 at 13-14, 27), Genesys employee personnel information (alone and in combination: sales history and performance, and management's assessment of the same; employee compensation; management's assessment of job satisfaction; assigned territories/accounts) (*see e.g.,* ECF 351 at 6-9,

27), the Genesys sales email Uber win report (*see e.g.,* ECF 351 at 12, 27), and Genesys' discount information (*see e.g.,* ECF 351 at 14-15, 27).[1]

As pleaded in its operative Complaint and maintained throughout this litigation, Genesys will seek a permanent injunction from the Court related to the Defendants' misappropriation of Genesys trade secrets and confidential information, and also its other claims. [ECF 220]. Genesys will provide a proposed form of injunction in advance of the August 12, 2022 final pretrial conference, to be modified as needed following the close of the jury trial and verdict.

    Respectfully submitted,

    GENESYS CLOUD SERVICES, INC.

    By its Attorneys,

    *s/ John R. Maley*
    John R. Maley
    Thomas C. Payne
    BARNES & THORNBURG LLP
    11 South Meridian Street
    Indianapolis, Indiana 46204
    Telephone:  (317) 236-1313
    Email:  jmaley@btlaw.com
        tpayne@btlaw.com

    Kathleen M. Anderson
    BARNES & THORNBURG LLP
    888 South Harrison Street, Suite 600
    Fort Wayne, Indiana  46802
    Telephone:  (260) 425-4657
    Facsimile:  (260) 424-8316
    Email:  kanderson@btlaw.com

DMS 23206115.1

---

[1] Genesys objects to testimony and exhibits relating to categories of information that it is no longer pursuing.