```
                                                              Page 1
 1                        B. Dineen, Ph.D.
 2   IN THE UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF INDIANA
 4   INDIANAPOLIS DIVISION
 5   -------------------------------x
 6   GENESYS TELECOMMUNICATIONS
 7   LABORATORIES, INC.,
 8              Plaintiff,            Case No.
 9         v.                         1:19-cv-695
10   TALKDESK, INC., et al.,
11              Defendants.
12   -------------------------------x
13
14
15
16          VIDEOCONFERENCE DEPOSITION OF
17                BRIAN DINEEN, Ph.D.
18              Indianapolis, Indiana
19           Thursday, September 9, 2021
20
21   Reported by:
22   DEBORAH C. FUREY, RPR, CLR, CRI
23   JOB NO. 199063
24
25                                     **EXHIBIT A**
```

Page 24

1   B. Dineen, Ph.D.
2   correct?
3   A.   I feel like we're getting a little bit
4   into legalese here, in terms of the specific terms
5   that are used and so forth.
6        I can try to answer the best as I can,
7   but my understanding is that I am assessing
8   HR-related damages and unjust enrichment as a
9   result of these employees leaving Genesys for
10  Talkdesk, as a result of the raid, or if it's
11  called unlawfully raided, however it's phrased.
12  Q.   Understood.  I'm just making sure that I
13  understand the scope of what your task was, and I
14  appreciate that clarification.
15       You did not attempt to assess -- for
16  example, the next bullet point says that
17  Talkdesk's "Manno, Strahan and Hertel Aided And
18  Abetted Breaches Of The Genesys Sales Leaders'
19  Fiduciary Duty Of Loyalty."
20       Do you see that bullet point?
21  A.   Yes, I see that.
22  Q.   Did you -- I mean, your -- as you just
23  stated, your report is self-directed to try and
24  determine damages for any alleged breaches of
25  fiduciary duty, correct?

Page 25

1        B. Dineen, Ph.D.

2   A.   I believe those would be related.  I
3   believe if you're breaching your fiduciary duty
4   and, for example, helping to recruit other people
5   away from Genesys, that that is part of this
6   overall damage assessment.
7   Q.   Your damage assessment, however, is
8   just -- as you state on Page 6, just as to the
9   raid, the alleged raid that occurred, correct?
10  A.   The raid would comprise actions that
11  would be taken -- that would take place in order
12  to carry out the raid.  It would consist of things
13  like aiding and abetting.  So I think those would
14  all -- again, I'm not a lawyer, but I believe
15  those would all fall under the process of the
16  raid.
17  Q.   I just want to make sure -- and I
18  apologize if I have asked a question that you may
19  not be familiar with -- if there's a section in
20  your report that addresses what specific damages
21  would be from a beach of fiduciary duty, then I'd
22  like to know where those opinions are.  Where
23  specifically -- not damages as it relates to the
24  raid, so.
25       And just to clarify a little bit

Page 26

1                    B. Dineen, Ph.D.

2   further:  There may be underlying acts that may

3   form the liability for a raid.

4              I'm asking for the damages assessment

5   that you provide in this report, and specifically

6   what cause of action it relates to.

7              So if you believe that you have set

8   forth an opinion for the cause of action, the

9   breach of fiduciary duty and the damages that

10  spring from that, I would like to know where that

11  is in your report.

12     A.     There is not a specific part of the

13  report that addresses aiding and abetting breaches

14  of fiduciary duty.

15     Q.     Okay.  Does your report speak to

16  quantified damages for individual defendants other

17  than Talkdesk?

18     A.     These are damages related to the

19  departure of these nine employees.

20             My understanding is that Manno, Hertel

21  and Strahan are also defendants, along with

22  Talkdesk.

23     Q.     I understand.

24             You do not have a section that

25  separately says that Manno would be responsible