UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:19-cv-00695-TWP-DML ) |
| MICHAEL STRAHAN, TALKDESK, INC., RALPH MANNO, MARK HERTEL, | ) ) ) ) ) ) |
| Defendants. | ) |

**ENTRY FOR AUGUST 8, 2022**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

Plaintiff appeared by counsel Thomas C. Payne and John R. Maley. Defendants appeared by counsel John W. Harbin, David S. Moreland, James P. Strenski, Lee Gerritt Hamilton and Warren Thomas. David Moxley was the Court Reporter. Parties appeared for final pretrial at the Indianapolis Courthouse.

Discussion was held regarding pending motions, anticipated witnesses and exhibits. The Court will issue a separate Entry consistent with Fed. R. Civ. P. 16 (d) and (e).

This matter remains set for jury trial on September 12, 2022 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis Indiana.

IT IS SO ORDERED.

Date: 8/12/2022

_Hon. Tanya Walton Pratt, Chief Judge_
United States District Court
Southern District of Indiana

Distribution:

Laken Adkins
Meunier, Carlin & Curfman LLC
ladkins@mcciplaw.com

Kathleen M. Anderson
BARNES & THORNBURG, LLP (Fort Wayne)
kathleen.anderson@btlaw.com

Lee Gerritt Hamilton
Meunier Carlin and Curfman
lhamilton@mcciplaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC
dmoreland@mcciplaw.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

Thomas C Payne
BARNES & THORNBURG LLP
Thomas.Payne@btlaw.com

Steven Matthew Philbin
Meunier Carlin & Curfman LLC
sphilbin@mcciplaw.com

James P. Strenski
PAGANELLI LAW GROUP
jstrenski@paganelligroup.com

Warren Thomas
Meunier, Carlin & Curfman LLC
wthomas@mcciplaw.com