**GENESYS PROPOSED FINAL INSTRUCTION NO.** \_\_\_\_

**Breach of Contract: Definitions**

Genesys alleges that Manno and Strahan breached their employment agreements with Genesys by providing Talkdesk with Genesys' Confidential Information.

The definition of "Confidential Information" is defined in Manno and Strahan's employment agreement as:

> [A]ny and all software programs, customer lists, trade secrets and information, know-how, skills, knowledge, ideas, knowledge of customer's commercial requirements, pricing methods, sales and marketing techniques, dealer relationships and agreements, financial information, intellectual property, documentation, inventions, or devices used in or pertaining to the Company's business (i) which relate in any way to the Company's business, products or processes; or (ii) which are discovered, conceived, developed or reduced to practice by the Employee, either alone or with others either (x) during the term of this Agreement; or (y) at the Company's expense; or (z) on the Company's premises or with the Company's equipment.

Further, the employment agreements prohibited the use of Confidential Information as follows:

> The Employee shall not, directly or indirectly, use any Confidential Information for any purpose other than the benefit of the Company or communicate, deliver, exhibit or provide any Confidential Information to any person, firm, partnership, corporation, organization or entity, except other employees or agents of the Company as required in the normal course of the Employee's service as an employee or except as the President or any authorized officer of the Company may direct in writing. The covenant contained in this Section 8 shall be binding upon the Employee during the term of this Agreement and following the termination hereof, for the shorter of the period until either (i) until such Confidential Information becomes obsolete; or (ii) until such Confidential Information becomes generally known in the Company's trade or industry by means other than a breach of this covenant.

*Authority*:   ECF 348, Entry on Cross-Motions For Summary Judgment, February 24, 2022; Employment Agreements (Trial Exhibits 19, 166).