UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 1:19-CV-00695-TWP-MKK |
| TALKDESK, INC., et al., | ) ) |
| Defendants. | ) |

**GENESYS' LIMITED OBJECTION AND SUGGESTION TO COURT'S PROPOSED PRELIMINARY JURY INSTRUCTION NO.3**

Genesys respectfully submits one objection and one suggestion to the Court's Preliminary Jury Instruction No. 3, as follows:

**A. Defense Statement on Trade Secret**

The Court proposes this sentence: "Talkdesk contends that it was hiring to satisfy its business growth in 2018 and that the customer list asserted by Genesys is not a "trade secret" because it is comprised of information that is readily ascertainable in the industry."

Genesys proposes one modest modification: The Defendants deny any wrongdoing. Talkdesk contends that it was hiring to satisfy its business growth in 2018 and that the customer list asserted by Genesys is not a "trade secret" ~~because~~, asserting it is comprised of information that is readily ascertainable in the industry.

Rationale: This eliminates risk of jurors concluding that the Court is saying the information is readily ascertainable.

### B.  Liability Established

Genesys proposed back in August 2002 and the Court included this sentence: "The Court has already determined that Genesys prevails on certain claims against Manno, Strahan, and Hertel, with the jury to determine any damages due to Genesys on these certain claims." [ECF 4325]

As further trial preparations have occurred since last summer, Genesys submits that it is important that the jury know precisely what claims the Court has determined liability on. Without such clarity, the jury will wait until final instructions to learn that from the Court. Accordingly, Genesys proposes:

The Court has already determined that Genesys prevails on certain claims against Manno, Strahan, and Hertel, with the jury to determine any damages due to Genesys on these certain claims. Specifically, the Court previously granted judgment in favor of Genesys on its claims for (1) breach of contract based on the non-compete provision against Manno and Strahan; (2) breach of contract based on the "faithful service during employment" provision against Manno and Strahan; and (3) breach of fiduciary duty of loyalty against Manno, Strahan, and Hertel. The amount of damages on these claims are to be determined by the jury.

Respectfully submitted,

GENESYS CLOUD SERVICES, INC.

By its Attorneys,

*s/John R. Maley*
John R. Maley
Thomas C. Payne
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:   (317) 236-1313
Facsimile:    (317) 231-7433
Email:          jmaley@btlaw.com
                    tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana  46802
Telephone:	(260) 425-4657
Facsimile:	(260) 424-8316
Email:	kanderson@btlaw.com