UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| TALKDESK, INC., et al., | ) Case No.: 1:19-CV-00695-TWP-MKK ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF PUNITIVE DAMAGES AS TO DEFENDANTS MICHAEL STRAHAN AND MARK HERTEL AND WITHDRAWAL OF TRADE SECRET CLAIMS AGAINST MARK HERTEL.

In an effort to streamline the presentation of evidence and efficiency of trial, Genesys submits this Notice to the Court and Defendants that it withdraws its tort-based punitive damages claims against Defendants Michael Strahan and Mark Hertel. Genesys also withdraws its misappropriation of trade secret claims against Mark Hertel.

Respectfully submitted,

GENESYS CLOUD SERVICES, INC.

By its Attorneys,

*s/ John R. Maley*
John R. Maley
Thomas C. Payne
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: jmaley@btlaw.com
tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana  46802
Telephone: (260) 425-4657
Facsimile: (260) 424-8316
Email: kanderson@btlaw.com