UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Case No. 1:19-CV-695-TWP-DML |
| | ) |
| TALKDESK, INC., et al | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME OF TWO HOURS TO FILE DEFENDANTS' PROPOSED VERDICT FORMS

Defendants, by appearance of counsel, hereby move the Court for an extension of time of two hours to submit Defendants' Revised Proposed Verdict Form. Due to the numerous, involved claims, Defendants are struggling with the Verdict Form and request a short extension of two hours to complete and file their Revised Proposed Verdict Form.

Defendants' counsel has just notified Plaintiff's counsel, but given the time, they have not had an opportunity to respond.

WHEREFORE, Defendants, by appearance of counsel, respectfully requests the Court for an extension of three hours to file its Revised Proposed Verdict Form.

Respectfully submitted,

*/s/ David S. Moreland*

James P. Strenski, #18186-53
PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Telephone: 317-550-1855
Email: jstrenski@paganelligroup.com

David S. Moreland (*pro hac vice*)
John S. Harbin (*pro hac vice*)

MEUNIER CARLIN & CURFMAN LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
Telephone: 404-645-7700
Email: dmoreland@mcciplaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

                                                */s/ David S. Moreland*
                                                David S. Moreland