UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No. 1:19-CV-695-TWP-DML |
| | ) | |
| TALKDESK, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME OF THREE HOURS TO FILE DEFENDANTS REVISED PROPOSED VERDICT FORM**

This matter comes before the Court on the Defendants' Motion for Extension of Time of Three Hours to File Defendants' Revised Proposed Verdict Form.

And the Court, having fully reviewed the Motion, finds that such is meritorious and hereby GRANTS the same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendants have up to 3:00AM, February 25, 2023, to file its Revised Proposed Verdict Form.

_____                    _____
DATE                                                                              UNITED STATES DISTRICT COURT,
                                                                                        SOUTHERN DISTRICT OF INDIANA