UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No. 1:19-CV-695-TWP-DML |
| | ) | |
| TALKDESK, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## UPDATED STIPULATIONS OF THE PARTIES

The parties respectfully submit these updated stipulations of fact.

| Stipulated Fact |
|---|
| Plaintiff Genesys is a California company with its headquarters located in California and offices in Indiana. |
| Defendant Talkdesk is a Delaware company with is principal place of business in California. |
| Genesys and Talkdesk are two of several competitors in an industry referred to as call center as a service or "CCaaS." |
| Other competitors in the CCaaS industry include Five9, 8x8, Ring Central, and LiveAgent. |
| Genesys is a large, established player in the CCaaS industry. |
| Interactive Intelligence, a predecessor company to Genesys, was an Indiana company in the CCaaS industry that was founded in 1994. |
| Genesys acquired Interactive Intelligence in late 2016. |

| **Stipulated Fact** |
|---|
| Defendant Ralph Manno is a Missouri resident who has worked and resided in Missouri since at least August 2004. |
| Manno began his employment with Interactive Intelligence in August 2004. |
| Manno signed an employment agreement with Interactive Intelligence when he began his employment with Interactive Intelligence on August 16, 2004. |
| Manno became a Genesys employee when Genesys acquired Interactive Intelligence in 2016. |
| Defendant Michael Strahan is an Indiana resident who has worked and resided in Indiana since at least September 2000. |
| Strahan began working for Interactive Intelligence in September 2000. |
| Strahan signed an employment agreement with Interactive Intelligence when he began his employment with Interactive Intelligence on September 5, 2000. |
| Strahan became a Genesys employee when Genesys acquired Interactive Intelligence in 2016. |
| Defendant Mark Hertel is a California resident who has worked and resided in California since 2013. |
| Hertel began his employment at Interactive Intelligence in 2013. |
| Hertel became a Genesys employee when it acquired Interactive Intelligence in 2016. |
| Manno was previously Genesys's mid-market vice president of sales, and Strahan and Hertel were area directors. |
| In 2018, Talkdesk wanted to grow its enterprise business, so it began looking for potential employment candidates across the CCaaS industry, including those at Genesys and other companies. |
| During the summer of 2018, Manno had discussions with the Chief Executive Officer (CEO) of Talkdesk, Tiago Paiva ("Paiva"), about joining Talkdesk and leading its sales team. |

| **Stipulated Fact** |
|---|
| Manno had conversations with Hertel and Strahan in August 2018 about possibly leaving Genesys to join Talkdesk. |
| Talkdesk extended official employment offers to Strahan and Hertel, and they accepted and signed the offers on August 11, 2018, with a start date of September 17, 2018, for Strahan and a start date of October 1, 2018, for Hertel. |
| On September 14, 2018, Strahan gave his two-week notice to Genesys and then took two weeks of paid time off. |
| On September 17, 2018, Strahan formally began his employment with Talkdesk. |
| Manno provided his notice of resignation to Genesys on September 24, 2018. |
| On October 1, 2018, Manno began working for Talkdesk as its vice president of sales for North America. |
| Hertel provided his notice of resignation to Genesys on September 21, 2018. |
| In November 2018, Talkdesk announced via LinkedIn that it had made fifty-three industry hires in 2018: twenty from Genesys, seventeen from NICE-InContact, four from Five9, four from 8x8, and eight from other competitors. |
| Between September 2018 and early February 2019, Talkdesk hired nine mid-market sales employees from Genesys: Manno, Strahan, Hertel, Mike Tews, Craig Holloway, Danielle Morales, Dianne Sparks, Jennavieve Johnson, and Susanne Sayer. |
| Five of the former Genesys employees hired between September 2018 and February 2019 by Talkdesk remain currently employed by Talkdesk. |
| Defendants Hertel and Strahan are not currently employed by Talkdesk. |
| Talkdesk's VP of Global Talent, Shauna Geraghty, knew when recruiting Manno in June of 2018 that he was at that time employed by Genesys. |
| Manno discussed building and leading Talkdesk's sales team with Paiva in summer 2018. As of July 11, 2018, Paiva knew Manno was employed at Genesys. |

| **Stipulated Fact** |
|---|
| On August 9, 2018, Manno, Strahan, and Hertel participated in a conference call with Paiva to discuss possible employment with Talkdesk. |
| Talkdesk hired nine sales employees between late September and December of 2018 who were candidates that previously worked at Genesys. In that same period, Talkdesk hired additional candidates that were not Genesys employees. |
| Strahan began his employment with Talkdesk on September 17, 2018; Manno, Hertel, Tews, Holloway, and Morales began their employment with Talkdesk on October 1, 2018; Johnson and Sparks began their employment with Talkdesk on October 8, 2018, and Sayer began her employment with Talkdesk on December 13, 2018. |
| In fall of 2018, Genesys had approximately 400 to 450 sales employees in North America, of which roughly 30 to 40 were on the mid-market sales team. |
| Between September 2018 and February 2019, Talkdesk hired sales employees who were not previously employed by Genesys. |
| All training of Genesys employees that Genesys alleges was required as a result of Talkdesk hiring Genesys employees in 2018 was performed by salaried Genesys employees. |
| Genesys' website includes information regarding architecture and features of its PureCloud product. |
| Detailed product information for Genesys's PureCloud product is available on Genesys's website at help.mypurecloud.com/resources-home/. |
| Genesys customer Uber has spoken at Genesys events about its relationship with Genesys, including what Genesys products and services it utilizes. |
| Talkdesk did not win Bank of Hawaii's business; Bank of Hawaii stayed with Genesys in 2018. |

Plaintiff's counsel is filing these with the consent of defense counsel.

Respectfully submitted,

_____*s/John R. Maley*_____
John R. Maley (14300-89)
Thomas C. Payne (34727-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:   (317) 236-1313
Facsimile:    (317) 231-7433
Email:          jmaley@btlaw.com
                    tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana  46802
Telephone:    (260) 425-4657
Facsimile:     (260) 424-8316
Email:           kanderson@btlaw.com

*Attorneys for Plaintiff*