**GENESYS PROPOSED FINAL INSTRUCTION NO. \_\_\_**

**Knowledge of the Law**

A person is presumed to have knowledge of the law; ignorance of the law will not excuse any person from civil liability. An act may be intentional for purposes of civil liability even if the actor lacked actual knowledge that the conduct violated the law.

*Authority*: *Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA*, 559 U.S. 573, 574, 130 S. Ct. 1605, 1606–07, 176 L. Ed. 2d 519 (2010) (citing *Barlow v. United States*, 7 Pet. 404, 411, 8 L.Ed. 728 (1833); *In re Consupak, Inc.*, 87 B.R. 529, 542 (Bankr. N.D. Ill. 1988) (ignorance of the law with respect to a breach of duty owed does not present a defense to a breach of that duty)

## GENESYS PROPOSED FINAL INSTRUCTION NO. _____

## Person Bound to Enforceable Contract They Sign

A person is presumed to have read and understood contracts that they sign; a lack of understanding, failure to read the contract's provisions, or failure to receive a copy of the contract does not relieve a party from the terms of that contract.

*Authority*: *Credit All. Corp. v. Campbell*, 845 F.2d 725, 728 (7th Cir. 1988); *Flynn v. AerChem, Inc.*, 102 F. Supp. 2d 1055, 1060 (S.D. Ind. 2000)