UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| GENESYS CLOUD SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) Case No. 1:19-CV-00695-TWP-MKK | |
| TALKDESK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S TENDER OF EXHIBITS NOT OBJECTED TO BY DEFENDANTS**

Genesys Cloud Services, Inc. timely disclosed, pursuant to the Case Management Plan approved by the Court on February 21, 2020 [ECF 208 (approving ECF 205); *see also* ECF 210, ECF 225], its trial exhibits on July 25, 2022 [ECF 406]. Defendants filed their objections on August 8, 2022, objecting to 36 of those exhibits [ECF 427, ECF 427-1]. No objection was filed by Defendants to the remaining exhibits, which are thus tendered without objection. The Genesys exhibits to which Defendants have not objected are the following:

| TRIAL EX. No. | DATE | DESCRIPTION |
|---|---|---|
| 1 | 8/22/2018 | Email string between Knudson, Manno, Geraghty and Strahan re: Craig Holloway |
| 8 | 1/1/2018 | Genesys U.S. Employee Handbook |
| 10 | 9/2/2016 | Bank of Hawaii Non-Disclosure Agreement |
| 11 | 4/23/2018 | Genesys Acceptable Use Policy, Version 1.5 |
| 12 | 8/11/2018 | Talkdesk Offer letter to Strahan signed by Strahan |
| 14 | 8/22/2018 | Email string between Strahan, Manno, Geraghty and Poss re: Potential Solution Engineers/Consultants |
| 16 | 8/29/2018 | Email string between Knudson, Krogman, and Strahan, Manno and Hertel re: Chicago |
| 19 | 9/5/2000 | Strahan Employment Agreement with Interactive Intelligence |
| 20 | 9/10/2018 | Email string between Geraghty, Manno and Strahan re: Mike Tews feedback |
| 21 | 9/11/2018 | Email string between Knudson and Strahan and others including Manno re: Craig Holloway |
| 22 | 9/11/2018 | Email to Manno, et al. from Knudson re: Craig Holloway |

| TRIAL EX. No. | DATE | DESCRIPTION |
|---|---|---|
| 23 | 9/12/2018 | Email string between Knudson and team including Manno, et al. re: AE pipeline update |
| 27 | 9/17/2018 | Email to marketing team from Pentin re: All Hands – Summary and welcome of Strahan |
| 30 | 8/28/2018 | Email string between Knudson, Geraghty, Strahan, Manno, Krogman, Paiva, Kelly re: Mike Tews |
| 31 | 9/11/2018 | Email string between Geraghty, Strahan, Manno, Williams and Paiva re: Michael Tews |
| 32 | 9/25/2018 | Emails string between Paiva, Strahan, Williams, and Geraghty re: Request to Extend Verbal – Diane Sparks |
| 33 | 9/28/2018 | Email to Grace from Strahan forwarded to O'Brien re: Content Marketing Candidate |
| 34 | 9/28/2018 | Email to OBrien from no-reply@greenhouse.io re: Chris Muckridge has been referred for Senior Content Marketing Manager by Mike Strahan |
| 37 | 9/8/2018 | Email string between Geraghty and Paiva re: Mike Tews feedback |
| 40 | 9/14/2018 | Emails between Whatton and Manno re: Danielle |
| 41 | 9/18/2018 | Emails between Tews, Manno and Strahan re: Resignation of Tews |
| 43 | 9/21/2018 | Email to Manno from Hertel re: Resignation |
| 44 | 9/23/2018 | Emails between Manno and Hertel re: resignation forwarded to Coburn and Brown |
| 46 | 9/25/2018 | Email to Manno from Sparks re: Resignation |
| 48 | 10/28/2018 | Email string between Manno, Krogman, Venook, et al. re: Competitive Replacement Program with attached list |
| 50 | 10/31/2018 | Email string between Venook, Adams, Banzon, Pentin re: Ralph's Magic List |
| 54 | 10/12/2018 | Email from Manno to Enterprise (Talkdesk) re: This Week |
| 55 | 10/18/2018 | Messages between Venook and Manno re: list of 1100 Pure Cloud users with renewal dates |
| 57 | 12/28/2018 | Email string between Manno, Krogman and Talkdesk RVP's re: Discounting |
| 61 | 3/13/2019 | Email string between Tews, Manno, Sparks, et al. re: PureCloud |
| 62 | 10/30/2018 | Email to Adam from Venook re: Ralph's Magic List with attached list |
| 64 | 4/1/2019 | Email to Burns from Johnson with attachment re: Genesys List |
| 65 | 4/1/2019 | Email to Suskind from Johnson with attachment re: Talkdesk follow-up |
| 67 | 11/14/2018 | Messages between Sparks, Johnson and Manno re: cease and desist letter |
| 83 | 8/11/2018 | Talkdesk Offer Letter to Hertel signed by Hertel |
| 84 | 8/20/2018 | Talkdesk Proprietary Information and Inventions Agreement signed by Hertel |
| 85 | 8/21/2018 | Email string between Manno, Paiva, Geraghty re: Chuck Krogman offer |
| 86 | 8/22/2018 | Email to Geraghty from Hertel re: Sales Candidates |
| 88 | 8/27/2018 | Email string between Manno, Hertel, Strahan, Kelly and Krogman re: Enterprise Regions |
| 89 | 9/5/2018 | Email string between Geraghty, Manno, Maher, Paiva, Kelly re: Danielle Morales Offer Letter |
| 90 | 9/11/2018 | Email to Paiva from Hertel re: Bank of Hawaii |
| 92 | 9/22/2018 | Email from Pughe to Hertel cc: Paiva and Maher re: Bank of Hawaii – Talkdesk Update with attachment |

| TRIAL EX. No. | DATE | DESCRIPTION |
|---|---|---|
| 110 | | Spreadsheet of customers |
| 115 | | Winning the War of Talent |
| 121 | | Spreadsheet mentioned in Distler Rebuttal Report |
| 122 | | Spreadsheet mentioned in Distler Rebuttal Report |
| 124 | 1/1/2019 | Talkdesk vs. The Competition |
| 150 | 10/18/2018 | Email string between Manno, Kelly and Venook re: PC Base and Renewal Dates with attachment |
| 157 | 11/8/2018 | Chats between Danielle Morales and Kyle Scagnelli re: PureCloud List |
| 166 | 8/16/2004 | Manno Employment Agreement with Interactive Intelligence, Inc. |
| 168 | 7/11/2018 | Email string between Manno and Paiva re: Plan |
| 169 | 7/13/2018 | Email string between Manno and Paiva re: for next week discussion… |
| 170 | 8/6/2018 | Email to Geraghty from Manno re: Demo |
| 171 | 8/9/2018 | Calendar Appointment Call with Paiva, Hertel, Strahan and Manno |
| 172 | 8/9/2018 | Email to Manno from Strahan re: Final Talkdesk Notes |
| 173 | 8/10/2018 | Email to Manno, et al. from Paiva re: Final Talkdesk Notes |
| 176 | 8/13/2018 | Email string between Manno and Paiva re: email address and laptop |
| 177 | 8/14/2018 | Talkdesk Proprietary Information and Inventions Agreement signed by Manno |
| 179 | 8/20/2018 | Email string between Manno, Knudson, Geraghty and Paiva re: Recruiting |
| 181 | 8/27/2018 | Email between Manno and Paiva forwarded to Geraghty re: Your thoughts! |
| 182 | 8/28/2018 | Email string between Manno and Paiva re: Your thoughts! |
| 183 | 8/30/2018 | Email string between Manno, Kelly re: Enterprise Regions |
| 186 | 9/10/2018 | Email string between Strahan, Manno, Geraghty and others re: Mike Tews feedback |
| 188 | 9/11/2018 | Email string between Manno, Strahan, Paiva and Geraghty re: Michael Tews |
| 189 | 9/11/2018 | Email to Paiva from Manno forwarding Genesys email about PureCloud Win |
| 190 | 9/17/2018 | Email string between Manno, Brown, Coburn re: Strahan's Resignation |
| 192 | 9/18/2018 | Emails between Manno, Paiva, Geraghty and Kelly re: 2 commercial managers |
| 194 | 9/21/2018 | Email string between Manno and Geraghty re: Jason Carter |
| 195 | 9/24/2018 | Email string between Manno and Johnson re: Question about Sarah English |
| 196 | 9/25/2018 | Email string between Manno and Brown re: Follow-up - working into October |
| 202 | 10/29/2018 | Email string between Kent, Pentin re: Ralph's Magic List with attachment |
| 207 | 11/16/2018 | Email to Paiva from Manno cc: Kelly re: DD approvals with attachment |
| 215 | 4/25/2019 | Email string between Paiva, Manno and Krogman re: DR Site/Aspect Displacement (Global Lending) |
| 221 | | Genesys Displacement SPIFF Details |
| 253 | 7/24/2018 | Email to Paiva from Krogman re: Next Step |
| 264 | 8/13/2018 | Email to Paiva from Geraghty re: Ralph and his 2 RVPs from Genesys |
| 278 | 9/4/2018 | Email to Ramsey, Han and Maher from Paiva re: Follow-up BOH |
| 286 | 9/11/2018 | Email to Rose from Paiva forwarding Manno email re: Genesys PureCloud Win |
| 294 | 9/11/2018 | Email to Klemp from Paiva re: PureCloud Win |
| 297 | 9/20/2018 | Email string between Paiva and Rose re: Separately |
| 299 | 9/20/2018 | Email string between Paiva, Grace, Cooper, Rapp re: Gartner |

3

| TRIAL EX. No. | DATE | DESCRIPTION |
|---|---|---|
| 303 | 10/29/2018 | Messages between Manno and Maher re:  going after Genesys hard in the Enterprise |
| 305 | 12/13/2018 | Messages between Danner and Manno re:  attacking Genesys list |
| 311 | 9/25/2018 | Email string between Paiva, Geraghty and Grace re:  Genesys announcement on the first |
| 324 | 10/1/2018 | Email to Paiva from Kannan re:  Bank of Hawaii PureConnect Cloud Notes |
| 356 | 10/18/2018 | Email string between Manno and Paiva re:  One Partner NZ |
| 556 | 6/25/2018 | Email string  between Manno and Geraghty re:  Update on Start Date |
| 561 | 7/13/2018 | Email to Geraghty from Paiva re:  For next weeks discussion |
| 578 | 8/27/2018 | Email to Geraghty, et al. from Manno cc: Strahan et al. re:  Mike Tews |
| 579 | 10/28/2018 | Email to Venook from Manno re:  PC Base and Renewal Dates |
| 580 | 10/18/2018 | Email to Venook from Manno re:  PC Base and Renewal Dates |
| 581 | 10/28/2018 | Email to Krogman from Manno re:  Competitive Replacement Program |
| 582 | 10/28/2018 | Email to Krogman from Manno re:  Competitive Replacement Program |
| 583 | 10/29/2018 | Email from Venook to Venook re:  list |
| 586 | 8/23/2018 | Email to Morales from Knudson re:  Danielle + Talkdesk |
| 587 | 5/23/2018 | Email to Manno from Knudson re:  Availability Next Week |
| 588 | 9/20/2018 | Email to Hertel and Knudsdon from Manno re:  AE pipeline update |

Respectfully submitted,

GENESYS CLOUD SERVICES, INC.

By its Attorneys,

*s/John R. Maley*
John R. Maley
Thomas C. Payne
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:	(317) 236-1313
Facsimile:	(317) 231-7433
Email:		jmaley@btlaw.com
		tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana  46802
Telephone:	(260) 425-4657
Facsimile:	(260) 424-8316
Email:		kanderson@btlaw.com

4

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this Tender was served on counsel of record via hand delivery and via the court's electronic filing system on this 28th day of February, 2023.

<u>s/ John R. Maley</u>

DMS 25339522.1