UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:19-cv-00695-TWP-MKK |
| | ) |
| TALKDESK, INC., MICHAEL STRAHAN, | ) |
| RALPH MANNO, and MARK HERTEL, | ) |
| | ) |
| Defendants. | ) |

## ENTRY ON PLAINTIFF'S MOTION REGARDING SUPPORTING TESTIMONY FOR PUNITIVE DAMAGES

For the reasons stated on the record during trial, Genesys's Motion Regarding Supporting Testimony for Punitive Damages (Filing No. 524) is **granted**.

On the third day of trial, following the testimony of witnesses Alex Ball, Tiago Paiva, Janice Rapp, Shauna Geraghty, Jessica Lu, Jessica Coburn, Taylor Knudson, Mark Hertel, Danielle Morales, Mervyn Alamgir, Michael Strahan, Patricia Borme, Cory Sanders, Rebecca Green, and Jeremy York; Genesys requested that it be allowed to present evidence of Talkdesk's financial status for the purpose of providing punitive damages. Genesys seeks punitive damages as to its tort claims against Talkdesk: aiding and abetting a breach of the fiduciary duty of loyalty, civil conspiracy, tortious interference with contract, and raiding. Punitive damages may be awarded if a defendant's actions amount to willful and wanton misconduct or the defendant acted either maliciously, fraudulently, oppressively, or with gross negligence; and the defendant's actions were not the result of mistake of fact, an honest error of judgment, overzealousness, ordinary negligence, or other human failing. *See Bud Wolf Chevrolet, Inc. v. Robertson*, 519

N.E.2d 135 (Ind. 1988); *Harrison Mfg., LLC v. JMB Mfg.*, 2014 U.S. Dist. LEXIS 57782 (S.D. Ind. Apr. 25, 2014).

Genesys is seeking punitive damages on its tort claims against only Defendant Talkdesk. The Court determines that sufficient evidence has been presented to the jury during trial to allow for punitive damages evidence to be offered. The evidence presented thus far to the jury includes email exhibits, deposition testimony, and live testimony regarding the activities of Talkdesk CEO Tiago Paiva, Talkdesk executive Shauna Geraghty; as well as Ralph Manno, Mark Hertel, and Michael Strahan while Manno, Hertel, and Strahan were still employees of Genesys. This evidence is sufficient to allow a jury to conclude that Talkdesk's actions were willful and wanton misconduct, or it acted either maliciously, fraudulently, oppressively, or with gross negligence; and its actions were not the result of mistake of fact, an honest error of judgment, overzealousness, ordinary negligence, or other human failing; such that Genesys could be entitled to punitive damages on its conspiracy, aiding and abetting, and interference, and raiding claims with respect to Ralph Manno's employment agreement. Therefore, Genesys' Motion Regarding Supporting Testimony for Punitive Damages (Filing No. 524) is **granted**, and the Court will allow Genesys to offer evidence of Talkdesk's financial status for the limited purpose of punitive damages.

**SO ORDERED.**

Date: 3/3/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

2

Distribution:

John R. Maley
BARNES & THORNBURG, LLP
jmaley@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG, LLP
kathleen.anderson@btlaw.com

Thomas C. Payne
BARNES & THORNBURG, LLP
Thomas.Payne@btlaw.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

James P. Strenski
PAGANELLI LAW GROUP
jstrenski@paganelligroup.com

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC
dmoreland@mcciplaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

Laken Adkins
MEUNIER CARLIN & CURFMAN LLC
ladkins@mcciplaw.com

Lee Gerritt Hamilton
MEUNIER CARLIN & CURFMAN LLC
lhamilton@mcciplaw.com

Steven Matthew Philbin
MEUNIER CARLIN & CURFMAN LLC
sphilbin@mcciplaw.com

Warren Thomas
MEUNIER CARLIN & CURFMAN LLC
wthomas@mcciplaw.com