**GENESYS PROPOSED FINAL INSTRUCTION NO. \_\_\_\_\_**

**Secrecy Of A Trade Secret Discussed And Shown In Court**

Because you must determine whether the information was secret when a Defendant's allegedly wrongful conduct occurred, you are not to be influenced that such information was later presented in this Court and heard by the parties, witnesses, and others in this courtroom, including you as jurors. The Court has procedures for protecting any materials that are confidential or trade secrets and are discussed or presented in open court.

*Authority*:  MODEL JURY INSTRUCTIONS, BUSINESS TORT LITIGATION, ABA SECTION OF LITIGATION, 8.3.1 (4th ed. 2005) (modified); *see also Bond v. Utreras*, 585 F.3d 1061, 1075 (7th Cir. 2009) (Once documents have been used in a court proceeding, they are presumptively open to public inspection **unless they meet the definition of trade secret or other categories of bona fide long-term confidentiality**.) (emphasis added); *Ultra Athlete LLC v. Araujo*, No. 417CV00237RLYDML, 2019 WL 8349000, at *1 (S.D. Ind. Mar. 18, 2019) (citing *Bond* in discussing a motion to seal).