## DEFENDANTS' PROPOSED FINAL INSTRUCTION NO. \_\_\_\_

### Damages – No Damages Based on Preparing to Compete

Activity that is merely preparing to compete is not improper and cannot form the basis of a finding of legal damages or an award of unjust enrichment.

**Defendants' Authority:** *Bryant v. Mattel, Inc.*, No. CV049049DOCRNBX, 2010 WL 11463864, at *13 (C.D. Cal. Oct. 29, 2010) (employee "does not breach his duty of loyalty by preparing to compete"); *Casual Male Retail Grp., Inc. v. Yarbrough*, 527 F. Supp. 2d 172, 183 (D. Mass. 2007).