# **PROPOSED FINAL INSTRUCTION NO.**

### Genesys' Alleged Trade Secrets

**GENESYS PROPOSAL**

Genesys claims that the following are trade secrets that Defendants misappropriated:

(1) The PureCloud List;

(2) Personnel information (employee sales performance, management's assessment of employee performance, employee compensation, and management's assessment of employee job satisfaction as contained in e-mails entered as trial exhibits);

(3) Discounting information as contained in trial exhibits 57 and 207;

(4) Sales Email Uber Win Report;

*Authority*: Genesys' Third Amended Complaint; Entry on Cross-Motions for Summary Judgment; Plaintiff's Supplemental Trial Brief, ECF 423