UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No.: 1:19-CV-00695-TWP-MKK |
| TALKDESK, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY VERDICT FORM

In answering the below questions, you are to follow all of the instructions given in the Court's Instructions.

I. **TRADE SECRET CLAIMS AGAINST TALKDESK, RALPH MANNO, AND MICHAEL STRAHAN**

**A. Plaintiff's Trade Secret Claim as to the PureCloud List**

We, the jury, finds as follows:

1. Was the PureCloud List a trade secret at the time of the alleged misappropriation? Answer "Yes" or "No."

___ Yes ___ No

*If you have answered "No" then you are done with this section and go to Section B on the Employee Personnel Information. Otherwise, meaning you have answered "Yes," continue to the next question.*

2.  If yes, did the defendant misappropriate the PureCloud List. Answer "Yes" or "No."

|  | Misappropriated? |
|---|---|
| Talkdesk | _____ |
| Ralph Manno | _____ |
| Michael Strahan | _____ |

*If you have answered "No" for all defendants, then skip ahead to Section B. Otherwise, meaning you have answered "Yes" in Question No. 2 for at least one defendant, continue to the next question.*

3. What amount reasonable royalty damages, if any, do you award Genesys from the misappropriation of the PureCloud List trade secret?

Reasonable Royalty:        $_____

4. For only the Defendants for which you answered "Yes" in question 2, state whether or not Genesys has proven that the defendant's misappropriation of the PureCloud List was willful and malicious. Answer "Yes" or "No."

|  | Willful and malicious? |
|---|---|
| Talkdesk | _____ |
| Ralph Manno | _____ |
| Michael Strahan | _____ |

*If you have answered "No," as to each defendant, then skip ahead to Section B. Otherwise, meaning you have answered "Yes" for at least one defendant in Question No. 4, continue to the next question.*

2

5. If you answered "Yes" in Question 4 as to willful and malicious misappropriation, what amount of exemplary damages do you award Genesys, in addition to the amount above, for willful and malicious misappropriation of the PureCloud List (any exemplary damages must be less than or equal to two times the amount of damages awarded above, if any)?

Exemplary Damages:          $_____

6. Of that amount of exemplary damages, how much do you award against each defendant who you have found in Question 4 willfully and maliciously misappropriated the trade secret:

Talkdesk                                    _____

Ralph Manno                          _____

Michael Strahan                    _____

**B.  Plaintiff's Trade Secret Claim as to the Employee Personnel Information**

We, the jury, finds as follows:

1. Was the Genesys Employee Personnel Information a trade secret at the time of the alleged misappropriation? Answer "Yes" or "No."

___ Yes ___ No

*If you have answered "No" then you are done with this section and go to Section C on the Genesys Sales Email Uber Win Report. Otherwise, meaning you have answered "Yes," continue to the next question.*

2. If yes, did the defendant misappropriate the Employee Personnel Information. Answer "Yes" or "No."

Misappropriated?

Talkdesk                         _____

Ralph Manno                      _____

Michael Strahan                  _____


*If you have answered "No" for all defendants, then skip ahead to Section C. Otherwise, meaning you have answered "Yes" in Question No. 2 for at least one defendant, continue to the next question.*

3. What amount of actual loss, if any, do you award Genesys for the defendant's misappropriation of the Employee Personnel Information trade secret?

Damages?

Talkdesk                         $_____

Ralph Manno                      $_____

Michael Strahan                  $_____

4. If you entered dollar amounts greater than zero in two or more blanks in the preceding question, then, in order to eliminate any possibility of double or multiple counting, state the grand total of all such actual loss damages to Genesys without any double or multiple countings:

$_____

5. What amount of unjust enrichment damages, if any, do you award Genesys for the *Talkdesk's* misappropriation of the Employee Personnel Information trade secret?

|  | Damages? |
|---|---|
| Talkdesk | $_____ |
| Ralph Manno | $_____ |
| Michael Strahan | $_____ |

6. If you entered dollar amounts greater than zero in two or more blanks in the preceding question, then, in order to eliminate any possibility of double or multiple counting, state the grand total of all such unjust enrichment damages to Genesys without any double or multiple countings:

$_____

*If you did not find that Genesys has proven damages amount by the preponderance of the evidence, then skip ahead to Section C. Otherwise, meaning you awarded damages, continue to the next question.*

7. For only the Defendants for which you answered "Yes" in question 2, state whether the defendant's misappropriation of the Employee Personnel Information was willful and malicious. Answer "Yes" or "No."

|  | Willful and malicious? |
|---|---|
| Talkdesk | _____ |
| Ralph Manno | _____ |
| Michael Strahan | _____ |

*If you have answered "No," as to each defendant, then skip ahead to Section I.C. Otherwise, meaning you have answered "Yes" in Question No. 7, continue to the next question.*

8. If you answered "Yes" in Question 7 as to willful and malicious misappropriation, what amount of exemplary damages do you award Genesys, in addition to the amount above, for willful and malicious misappropriation of the Employee Personnel Information (any exemplary damages must be less than or equal to two times the amount of damages awarded above, if any)?

|  | Exemplary Damages? |
|---|---|
| Talkdesk | $_____ |
| Ralph Manno | $_____ |
| Michael Strahan | $_____ |

### C.  Plaintiff's Trade Secret Claim as to the Sales Email Uber Win Report

We, the jury, finds as follows:

1. Was the Sales Email Uber Win Report a trade secret at the time of misappropriation? Answer "Yes" or "No."

___ Yes ___ No

*If you have answered "No" then you are done with this section and go to Section D, Discount Information. Otherwise, meaning you have answered "Yes," continue to the next question.*

2.  If yes, did the defendant misappropriate the Sales Email Uber Win Report. Answer "Yes" or "No."

Misappropriated?

Talkdesk                                                     _____

Ralph Manno                                              _____


*Continue to the next Section.*

### D.  Plaintiff's Trade Secret Claim as to the Discount Information

We, the jury, finds as follows:

1. Was the Genesys Discount Information a trade secret at the time of the alleged misappropriation? Answer "Yes" or "No."

\_\_\_ Yes \_\_\_ No

2. If yes, did the defendant misappropriate the Discount Information. Answer "Yes" or "No."

Misappropriated?

Talkdesk                                                     _____

Ralph Manno                                              _____

*Continue to the next Section.*

## II.    OTHER CLAIMS AGAINST TALKDESK

### A. Aiding and Abetting Breach of Fiduciary Duty of Loyalty

We, the jury, finds as follows:

1. Ralph Manno's Fiduciary Duty of Loyalty

   a. The Court previously determined that Ralph Manno breached his fiduciary duty of loyalty owed to Genesys. Has Genesys proven that Talkdesk aided and abetted that breach?

      ___ Yes ___ No

   b. If Yes, what amount of unjust enrichment or compensatory damages, if any, were caused by Talkdesk's aiding and abetting Ralph Manno's breach of fiduciary duty of loyalty?

   Unjust Enrichment Amount (in U.S. dollars): _____

   Compensatory Amount (in U.S. dollars): _____

2. Michael Strahan's Fiduciary Duty of Loyalty

   a. The Court previously determined that Michael Strahan breached his fiduciary duty of loyalty owed to Genesys. Has Genesys proven that Talkdesk aided and abetted that breach?

      ___ Yes ___ No

   b. If Yes, what amount of unjust enrichment or compensatory damages, if any, were caused by Talkdesk's aiding and abetting Michael Strahan's breach of fiduciary duty of loyalty?

   Unjust Enrichment Amount (in U.S. dollars): _____

   Compensatory Amount (in U.S. dollars): _____

3. Mark Hertel's Fiduciary Duty of Loyalty

   a. The Court previously determined that Mark Hertel breached his fiduciary duty of loyalty owed to Genesys. Has Genesys proven that Talkdesk aided and abetted that breach?

      ___ Yes ___ No

b. If Yes, what amount of unjust enrichment or compensatory damages, were caused by Talkdesk's aiding and abetting Mark Hertel's breach of fiduciary duty of loyalty?

Unjust Enrichment Amount (in U.S. dollars): _____

Compensatory Amount (in U.S. dollars): _____

**B. Raiding**

We, the jury, finds as follows:

1. Did Talkdesk raid Genesys' employees?

   ___ Yes ___ No

2. If Yes, what amount of unjust enrichment or compensatory damages, if any, do you award Genesys from Talkdesk's raiding?

   Unjust Enrichment Amount (in U.S. dollars): _____

   Compensatory Amount (in U.S. dollars):_____

3. If you awarded either category of damages, state whether (1) Talkdesk's actions amount to willful and wanton misconduct or (2) Talkdesk acted maliciously, fraudulently, oppressively, or with gross negligence as to raiding. Answer "Yes" or "No."

   ____ Yes ___ No

4. If Yes, what amount of punitive damages, if any, do you award Genesys from Talkdesk's raiding?

   Amount (in U.S. dollars): _____

### C.  Tortious Interference with Contract

We, the jury, finds as follows:

1. <u>Ralph Manno's Employment Agreement</u>

    a.  Did Talkdesk tortiously interfere with the employment agreement between Ralph Manno and Genesys?

    ___ Yes ___ No

    b.  If Yes, what amount of unjust enrichment or compensatory damages, if any, do you award Genesys from Talkdesk's tortious interference with the employment agreement between Ralph Manno and Genesys?

    Unjust Enrichment Amount (in U.S. dollars): _____

    Compensatory Amount (in U.S. dollars): _____

    c.  If you awarded either category of damages, state whether (1) Talkdesk's actions amount to willful and wanton misconduct or (2) Talkdesk acted maliciously, fraudulently, oppressively, or with gross negligence as to tortious interference with contract. Answer "Yes" or "No."

    ____ Yes ___ No

    d.  If Yes, what amount of punitive damages, if any, do you award Genesys from Talkdesk's tortious interference with the employment agreement between Ralph Manno and Genesys?

    Amount (in U.S. dollars): _____

2. <u>Michael Strahan's Employment Agreement</u>

    a.  Did Talkdesk tortiously interfere with the employment agreement between Michael Strahan and Genesys?___ Yes ___ No

    b.  If Yes, what amount of unjust enrichment or compensatory damages, if any, do you award Genesys from Talkdesk's tortious interference with the employment agreement between Michael Strahan and Genesys?

    Unjust Enrichment Amount (in U.S. dollars): _____

    Compensatory Amount (in U.S. dollars): _____

10

c.  If you awarded either category of damages, state whether (1) Talkdesk's actions amount to willful and wanton misconduct or (2) Talkdesk acted maliciously, fraudulently, oppressively, or with gross negligence as to interference with the employment agreement. Answer "Yes" or "No."

_____ Yes ___ No

d.  If Yes, what amount of punitive damages, if any, do you award Genesys from Talkdesk's tortious interference with the employment agreement between Michael Strahan and Genesys?

Amount (in U.S. dollars): _____

III.   **OTHER CLAIMS AGAINST RALPH MANNO**

   **A. Breach of Fiduciary Duty of Loyalty**

   1. The Court previously determined that Ralph Manno breached his fiduciary duty of loyalty owed to Genesys. What amount of compensatory damages, if any, do you award Genesys from Ralph Manno's breach of his fiduciary duty of loyalty?

   Amount (in U.S. dollars): _____

   2. If you awarded either damages, state whether (1) Manno's actions amount to willful and wanton misconduct or (2) Manno acted maliciously, fraudulently, oppressively, or with gross negligence as to breach of his fiduciary duty of loyalty. Answer "Yes" or "No."

   _____ Yes ____ No

   3. If Yes, what amount of punitive damages, if any, do you award Genesys from Ralph Manno's breach of his fiduciary duty of loyalty?

   Amount (in U.S. dollars): _____

   **B. Breach of Contract**

   1. Employment Agreement Section 3(b)

      a. The Court previously determined that Ralph Manno breached Section 3(b) of his employment agreement with Genesys by failing to provide faithful service to Genesys during his employment. What amount of compensatory damages, if any, do you award Genesys for Ralph Manno's breach?

      Amount (in U.S. dollars): _____

   2. Employment Agreement Section 7(a)(iii)

      a. The Court previously determined that Ralph Manno breached Section 7(a)(iii) of his employment agreement with Genesys by acting as an agent of Talkdesk while still employed by Genesys. What amount of compensatory damages, if any, do you award Genesys proven by a preponderance of the evidence was caused by Ralph Manno's breach?

      Amount (in U.S. dollars): _____

    3.  Employment Agreement Section 8

        a.  Did Ralph Manno breach Section 8 of his employment agreement with Genesys: Covenant Not to Disclose Confidential Information?

          ___ Yes ___ No

        b.  If Yes, what amount of compensatory damages, if any, do you award Genesys for Ralph Manno's breach of Section 8 of his employment agreement?

          Amount (in U.S. dollars): _____

### C. Aiding and Abetting Breach of Fiduciary Duty of Loyalty

We, the jury, finds as follows:

    1.  Michael Strahan's Fiduciary Duty of Loyalty

        a.  The Court previously determined that Michael Strahan breached his fiduciary duty of loyalty owed to Genesys.  Has Genesys proven that Ralph Manno knowingly aided and abetted that breach?

          ___ Yes ___ No

        b.  If Yes, what amount of compensatory damages, if any, do you award Genesys for Ralph Manno's aiding and abetting Michael Strahan's breach of fiduciary duty of loyalty?

          Amount (in U.S. dollars): _____

        c.  If you awarded either category of damages, state whether (1) Manno's actions amount to willful and wanton misconduct or (2) Manno acted maliciously, fraudulently, oppressively, or with gross negligence as to aiding and abetting. Answer "Yes" or "No."

          ____ Yes ___ No

        d.  If Yes, what amount of punitive damages, if any, do you award Genesys from Ralph Manno's aiding and abetting Michael Strahan's breach of fiduciary duty of loyalty?

          Amount (in U.S. dollars): _____

2.   <u>Mark Hertel's Fiduciary Duty of Loyalty</u>

     a.   The Court previously determined that Mark Hertel breached his fiduciary duty of loyalty owed to Genesys. Has Genesys proven that Ralph Manno knowingly aided and abetted that breach?

        ___ Yes ___ No

     b.   If Yes, what amount of compensatory damages, if any, do you award Genesys for Ralph Manno's aiding and abetting Mark Hertel's breach of fiduciary duty of loyalty?

        Amount (in U.S. dollars): _____

     c.   If you awarded either category of damages, state whether (1) Manno's actions amount to willful and wanton misconduct or (2) Manno acted maliciously, fraudulently, oppressively, or with gross negligence as to aiding and abetting. Answer "Yes" or "No."

        ____ Yes ___ No

     d.   If yes, what amount of punitive damages, if any, do you award Genesys for Ralph Manno's aiding and abetting Mark Hertel's breach of fiduciary duty of loyalty?

        Amount (in U.S. dollars): _____

IV.   OTHER CLAIMS AGAINST MICHAEL STRAHAN

    **A. Breach of Fiduciary Duty of Loyalty**

      1.  The Court previously determined that Michael Strahan breached his fiduciary duty of loyalty owed to Genesys. What amount of compensatory damages, if any, do you award Genesys for Michael Strahan's breach of his fiduciary duty of loyalty?

           Amount (in U.S. dollars): _____

    **B. Breach of Contract**

      1.  Employment Agreement Section 3(b)

          a.  The Court previously determined that Michael Strahan breached Section 3(b) of his employment agreement with Genesys by failing to provide faithful service to Genesys during his employment. What amount of compensatory damages, if any, do you award Genesys for Michael Strahan's breach of Section 3(b) of his employment agreement?

              Amount (in U.S. dollars): _____

      2.  Employment Agreement Section 7(a)(iii)

          a.  The Court previously determined that Michael Strahan breached Section 7(a)(iii) of his employment agreement with Genesys by acting as an agent of Talkdesk while still employed by Genesys and becoming employed by Talkdesk while still employed by Genesys. What amount of compensatory damages, if any, do you award Genesys for Michael Strahan's breach of Section 3(b) of his employment agreement?

              Amount (in U.S. dollars): _____

      3.  Employment Agreement Section 8

          a.  Did Michael Strahan breach Section 8 of his employment agreement with Genesys: Covenant Not to Disclose Confidential Information?

              ___ Yes ___ No

b. If Yes, what amount of damages, if any, do you award Genesys for Michael Strahan's breach of Section 8 of his employment agreement?

Amount (in U.S. dollars): _____

**C. Aiding and Abetting Breach of Fiduciary Duty of Loyalty**

1. <u>Ralph Manno's Fiduciary Duty of Loyalty</u>

   a. The Court previously determined that Ralph Manno breached his fiduciary duty of loyalty owed to Genesys. Did Michael Strahan aid and abet that breach?

   ___ Yes ___ No

   b. If Yes, what compensatory damages, if any, do you award Genesys for Michael Strahan's aiding and abetting Ralph Manno's breach of fiduciary duty of loyalty?

   Amount (in U.S. dollars): _____

2. <u>Mark Hertel's Fiduciary Duty of Loyalty</u>

   a. The Court previously determined that Mark Hertel breached his fiduciary duty of loyalty owed to Genesys.  Did Michael Strahan aid and abet that breach?

   ___ Yes ___ No

   b. If Yes, What amount of compensatory damages, if any, do you award Genesys for Michael Strahan's aiding and abetting Mark Hertel's breach of fiduciary duty of loyalty?

   Amount (in U.S. dollars): _____

V.      **CLAIMS AGAINST MARK HERTEL**

    **A. Breach of Fiduciary Duty of Loyalty**

       1.   The Court previously determined that Mark Hertel breached his fiduciary duty of loyalty owed to Genesys. What amount of compensatory damages, if any, do you award Genesys for Mark Hertel's breach of his fiduciary duty of loyalty?

           Amount (in U.S. dollars): _____

**B.  Aiding and Abetting Breach of Fiduciary Duty of Loyalty**

1.  <u>Ralph Manno's Fiduciary Duty of Loyalty</u>

a.  The Court previously determined that Ralph Manno breached his fiduciary duty of loyalty owed to Genesys. Did Mark Hertel aid and abet that breach?

___ Yes ___ No

b.  If Yes, what amount of damages, if any, do you award Genesys for Mark Hertel's aiding and abetting Ralph Manno's breach of fiduciary duty of loyalty?

Amount (in U.S. dollars): _____

2.  <u>Michael Strahan's Fiduciary Duty of Loyalty</u>

The Court previously determined that Michael Strahan breached his fiduciary duty of loyalty owed to Genesys. Did Mark Hertel aid and abet that breach?

___ Yes ___ No

a.  If Yes, What amount of compensatory damages, if any, do you award Genesys for Mark Hertel's aiding and abetting Michael Strahan's breach of fiduciary duty of loyalty?

Amount (in U.S. dollars): _____

## VI.    **<u>Conspiracy</u>**

Did Genesys prove any of the defendants engaged in a conspiracy?

        ___ Yes ___ No


If you answered "Yes," identify any defendants engaged in that conspiracy:

Conspiracy?

(write yes or no for each)

| | |
|---|---|
| Talkdesk | _____ |
| Ralph Manno | _____ |
| Michael Strahan | _____ |
| Mark Hertel | _____ |


If "Yes," identify each claim for which Genesys proved there was a conspiracy:

Conspiracy?

(write yes or no for each)

| | |
|---|---|
| Trade Secret Misappropriation | _____ |
| Breach of Fiduciary Duty | _____ |
| Tortious Interference with Contract | _____ |
| Aiding and Abetting Breach of Fiduciary Duty | _____ |
| Raiding | |

**VII.**    **Total Damages Awarded**

If you awarded damages to Genesys for any claim other than for misappropriation of the PureCloud trade secret, then please answer the following questions. Otherwise, skip this question.

In view of your instruction that each item of damages may only be awarded under one legal theory, regardless of the number of legal theories alleged, please indicate the **total** amount of unjust enrichment or compensatory damages, if any, that you award to Genesys:

Total Unjust Enrichment Amount (in U.S. dollars): _____

Total Compensatory Amount (in U.S. dollars): _____

_____
JURY FOREPERSON

20