UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:19-CV-00695-TWP-MKK |
| | ) | |
| TALKDESK, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE REGARDING TIMING OF ELECTION OF REMEDIES AND REQUEST
FOR EQUITABLE RELIEF**

As the Court is aware, Genesys has an obligation to elect its remedies following the jury

verdict. Genesys also has equitable remedies available on its claims, including disgorgement and

injunctive relief. Genesys is reviewing the verdict form and will make its remedy election and formally

request equitable remedies promptly, no later than March 17, 2023, after the undersigned lead counsel

returns from a federal court trial in Utah scheduled for March 13-15.

Separately, as previously raised and approved by the Court during trial, upon docketing of the

trial transcript Genesys intends to move the Court to seal portions of the transcript, as necessary and

in accordance with the Court's local rules and procedures and protective order in this case.

GENESYS CLOUD SERVICES, INC.

By its Attorneys,

*s/ John R. Maley*
John R. Maley
Thomas C. Payne
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:      (317) 236-1313
Email:              jmaley@btlaw.com
                        tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana  46802
Telephone:      (260) 425-4657
Facsimile:       (260) 424-8316
Email:            kanderson@btlaw.com