UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00695-TWP-MKK |
| | ) | |
| DANIELLE MORALES, | ) | |
| MICHAEL STRAHAN, | ) | |
| TALKDESK, INC., | ) | |
| RALPH MANNO, | ) | |
| MARK HERTEL, | ) | |
| | ) | |
| Defendants. | ) | |

### MINUTE ENTRY FOR MARCH 7, 2023
### HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

This matter was before the Court for the sixth day of a jury trial on Plaintiff's Complaint. Plaintiff appeared in person and by counsel John R. Maley, Kathleen M. Anderson and Thomas C. Payne. Jessica Coburn appeared as client representative. Defendants appeared in person and by counsel David S. Moreland, James P. Strenski, John W. Harbin and Warren Thomas. Shauna Wilbur appeared as corporate representative for Talkdesk, Inc. The Court Reporter was David Moxley.

The Defendant continued presentation of its case-in-chief. Testimony from the following witnesses was presented: Shauna Geraghty, Jay Minnucci, Mervyn Alamgir and Robert S. Manness. The following exhibits were admitted into evidence: 1785-1790, 1738, 1739, 1740, 1741, 1774, 1805, 1806, 1807, 1809, 1812, 1813, 1814, 1825, 1827, 1828, 1830, 1831 and 1846. All exhibits in Filing No. 541 were also admitted into evidence without objection.

The Defendants rested their case-in-chief.

Plaintiff did not present rebuttal evidence.

The jury was released for the day, and instructed to return on Wednesday, March 8, 2023 at 9:00 a.m.

Plaintiff made an oral Motion for judgment as a matter of law and submitted a brief. Defendants also made an oral Motion for judgment as a matter of law and submitted a brief. The Court directed counsel to file their briefs in ECF and gave leave to file a response. Argument was heard. The oral motions and filed motions were taken under advisement.

Counsel were instructed to return at 4:15 p.m. for a conference to settle instructions off the record.

Parties and counsel were instructed to return at 8:30 a.m., Wednesday, March 8, 2023.

Court was recessed for the day.

IT IS SO ORDERED.

Date:   3/9/2023

Distribution:

Laken Adkins
Meunier, Carlin & Curfman LLC
ladkins@mcciplaw.com

Kathleen M. Anderson
BARNES & THORNBURG, LLP (Fort Wayne)
kathleen.anderson@btlaw.com

Grantland M. Clapacs
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
grant.clapacs@dentons.com

Victoria B. Finlinson
CLYDE SNOW & SESSIONS
vbf@clydesnow.com

Lee Gerritt Hamilton
Meunier Carlin and Curfman
lhamilton@mcciplaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

| | |
|---|---|
| Whitney Hulet Krogue<br>RAY QUINNEY & NEBEKER P.C.<br>wkrogue@rqn.com | Andrew M. Pendexter<br>DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)<br>andrew.pendexter@dentons.com |
| John R. Maley<br>BARNES & THORNBURG, LLP (Indianapolis)<br>jmaley@btlaw.com | Steven Matthew Philbin<br>Meunier Carlin & Curfman LLC<br>sphilbin@mcciplaw.com |
| David S. Moreland<br>MEUNIER CARLIN & CURFMAN LLC<br>dmoreland@mcciplaw.com | Walter A. Romney, Jr.<br>CLYDE SNOW & SESSIONS<br>war@clydesnow.com |
| Keith D. Mundrick<br>Amundsen Davis, LLC<br>kmundrick@amundsendavislaw.com | Samuel C. Straight<br>RAY QUINNEY & NEBEKER P.C.<br>sstraight@rqn.com |
| Fred Anthony Paganelli<br>PAGANELLI LAW GROUP<br>tony@tonypaganelli.com | James P. Strenski<br>PAGANELLI LAW GROUP<br>jstrenski@paganelligroup.com |
| Thomas C Payne<br>BARNES & THORNBURG LLP<br>Thomas.Payne@btlaw.com | Warren Thomas<br>Meunier, Carlin & Curfman LLC<br>wthomas@mcciplaw.com |