**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00695-TWP-MKK |
| | ) | |
| DANIELLE MORALES, | ) | |
| MICHAEL STRAHAN, | ) | |
| TALKDESK, INC., | ) | |
| RALPH MANNO, | ) | |
| MARK HERTEL, | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBITS ADMITTED INTO EVIDENCE DURING TRIAL

All exhibits listed in Filing No. 523
All exhibits listed in Filing No. 541
10, 1681, 1104, 1866, 1689, 1072, 297, 79, 100, 1099, 1791,
1092, 1088, 1125, 1785-1790, 1738, 1739, 1740, 1741, 1774,
1805, 1806, 1807, 1809, 1812, 1813, 1814, 1825, 1827, 1828, 1830, 1831, 1846,

John R. Maley
Kathleen M. Anderson
Thomas C. Payne

COUNSEL FOR PLAINTIFF

David S. Moreland
James P. Strenski
John W. Harbin
Warren Thomas

COUNSEL FOR DEFENDANTS