# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIELLE MORALES, )<br>MICHAEL STRAHAN, )<br>TALKDESK, INC., )<br>RALPH MANNO, )<br>MARK HERTEL, )<br>)<br>Defendants. ) | No. 1:19-cv-00695-TWP-MKK |

## BAILIFF AND MEAL ENTRY
## THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

IT IS ORDERED that the jury in this cause be committed to the custody of the bailiffs, Tanesa Genier and Jonathan Penn. The Clerk is ORDERED to provide lunch for eight (8) jurors.

IT IS SO ORDERED.

Date: 3/9/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Laken Adkins
Meunier, Carlin & Curfman LLC
ladkins@mcciplaw.com

Kathleen M. Anderson
BARNES & THORNBURG, LLP (Fort Wayne)
kathleen.anderson@btlaw.com

Grantland M. Clapacs
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
grant.clapacs@dentons.com

Victoria B. Finlinson
CLYDE SNOW & SESSIONS
vbf@clydesnow.com

Lee Gerritt Hamilton
Meunier Carlin and Curfman
lhamilton@mcciplaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

Whitney Hulet Krogue
RAY QUINNEY & NEBEKER P.C.
wkrogue@rqn.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC
dmoreland@mcciplaw.com

Keith D. Mundrick
Amundsen Davis, LLC
kmundrick@amundsendavislaw.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

Thomas C Payne
BARNES & THORNBURG LLP
Thomas.Payne@btlaw.com

Andrew M. Pendexter
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
andrew.pendexter@dentons.com

Steven Matthew Philbin
Meunier Carlin & Curfman LLC
sphilbin@mcciplaw.com

Walter A. Romney, Jr.
CLYDE SNOW & SESSIONS
war@clydesnow.com

Samuel C. Straight
RAY QUINNEY & NEBEKER P.C.
sstraight@rqn.com

James P. Strenski
PAGANELLI LAW GROUP
jstrenski@paganelligroup.com

Warren Thomas
Meunier, Carlin & Curfman LLC
wthomas@mcciplaw.com