UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00695-TWP-MKK |
| | ) | |
| DANIELLE MORALES, | ) | |
| MICHAEL STRAHAN, | ) | |
| TALKDESK, INC., | ) | |
| RALPH MANNO, | ) | |
| MARK HERTEL, | ) | |
| | ) | |
| Defendants. | ) | |

**MEAL ENTRY**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

The Clerk is ORDERED to provide dinner for eight (8) jurors.

IT IS SO ORDERED.

Date: 3/9/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Laken Adkins
Meunier, Carlin & Curfman LLC
ladkins@mcciplaw.com

Kathleen M. Anderson
BARNES & THORNBURG, LLP (Fort Wayne)
kathleen.anderson@btlaw.com

Grantland M. Clapacs
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
grant.clapacs@dentons.com

Victoria B. Finlinson
CLYDE SNOW & SESSIONS
vbf@clydesnow.com

Lee Gerritt Hamilton
Meunier Carlin and Curfman
lhamilton@mcciplaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

Whitney Hulet Krogue
RAY QUINNEY & NEBEKER P.C.
wkrogue@rqn.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC
dmoreland@mcciplaw.com

Keith D. Mundrick
Amundsen Davis, LLC
kmundrick@amundsendavislaw.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

Thomas C Payne
BARNES & THORNBURG LLP
Thomas.Payne@btlaw.com

Andrew M. Pendexter
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
andrew.pendexter@dentons.com

Steven Matthew Philbin
Meunier Carlin & Curfman LLC
sphilbin@mcciplaw.com

Walter A. Romney, Jr.
CLYDE SNOW & SESSIONS
war@clydesnow.com

Samuel C. Straight
RAY QUINNEY & NEBEKER P.C.
sstraight@rqn.com

James P. Strenski
PAGANELLI LAW GROUP
jstrenski@paganelligroup.com

Warren Thomas
Meunier, Carlin & Curfman LLC
wthomas@mcciplaw.com