## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENESYS CLOUD SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00695-TWP-MKK |
| | ) | |
| TALKDESK, INC., MICHAEL STRAHAN, | ) | |
| RALPH MANNO, and MARK HERTEL, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY ON MOTIONS FOR JUDGMENT AS A MATTER OF LAW

For the reasons stated on the record during trial, the parties' Rule 50 Motions for Judgment as a Matter of Law (Filing No. 543; Filing No. 544) are **denied**.

On the sixth day of trial, after the Plaintiff and the Defendants had each rested their cases-in-chief, the parties orally moved for judgment as a matter of law and tendered written briefs to the Court. These Motions were made following the admission of hundreds of exhibits into evidence without objection and following the testimony of twenty-five witnesses: Alex Ball, Tiago Paiva, Janice Rapp, Shauna Geraghty, Jessica Lu, Jessica Coburn, Taylor Knudson, Mark Hertel, Danielle Morales, Mervyn Alamgir, Michael Strahan, Patricia Borme, Cory Sanders, Rebecca Green, Jeremy York, Brett Stocker, Brian Dineen, Ralph Manno, Carrie L. Distler, Richard Brown, Taylor Johnson, Jennifer Flannery, Doug Cahhal, Jay Minnucci, and Robert S. Manness.

The Plaintiff moved for judgment as a matter of law on the claim against Talkdesk for interference with contract with respect to Manno's employment agreement as well as the claims against the Defendants for aiding and abetting breach of fiduciary duty and civil conspiracy. The Defendants moved for judgment as a matter of law on all claims as well as on "the human resources damages for the other wrongs" and the trade secret damages against the individual Defendants.

Argument was heard, and the Court directed counsel to file their tendered briefs on the docket and gave them leave to file response briefs no later than the following morning. The parties filed their tendered briefs on the docket as Motions (Filing No. 543; Filing No. 544) on March 7, 2023, and they filed their response briefs the following morning on March 8, 2023 (Filing No. 551; Filing No. 552).

On the seventh day of trial, March 8, 2023, outside the presence of the jury the Court determined that it could not say that there is no legally sufficient evidentiary basis for a reasonable jury to find for any of the Defendants or the Plaintiff, as there are sufficient questions of fact which require that this matter should proceed to the jury. The Court **denied** the parties' Motions for Judgment as a Matter of Law and determined that all claims should proceed to the jury. For the reasons stated on the record during trial, the parties' filed Motions for Judgment as a Matter of Law (Filing No. 543; Filing No. 544) are **DENIED**.

**SO ORDERED.**

Date:   3/10/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

John R. Maley
BARNES & THORNBURG, LLP
jmaley@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG, LLP
kathleen.anderson@btlaw.com

Thomas C. Payne
BARNES & THORNBURG, LLP
Thomas.Payne@btlaw.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

James P. Strenski
PAGANELLI LAW GROUP
jstrenski@paganelligroup.com

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC
dmoreland@mcciplaw.com

John W. Harbin
MEUNIER CARLIN & CURFMAN LLC
jharbin@mcciplaw.com

Laken Adkins
MEUNIER CARLIN & CURFMAN LLC
ladkins@mcciplaw.com

Lee Gerritt Hamilton
MEUNIER CARLIN & CURFMAN LLC
lhamilton@mcciplaw.com

Steven Matthew Philbin
MEUNIER CARLIN & CURFMAN LLC
sphilbin@mcciplaw.com

Warren Thomas
MEUNIER CARLIN & CURFMAN LLC
wthomas@mcciplaw.com