UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 1:19-CV-00695-TWP-MKK |
| TALKDESK, INC., et al., | ) ) ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Thomas C. Payne respectfully requests leave to withdraw his appearance on behalf of Plaintiff in the above-captioned matter. Plaintiff will continue to be represented by John R. Maley in this matter. Accordingly, Plaintiff's rights will not be prejudiced by this withdrawal of appearance.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant his leave to withdraw his appearance on behalf of Plaintiff in the above-captioned matter.

*s/ Thomas C. Payne*
Thomas C. Payne (34727-49)
**BARNES & THORNBURG LLP**
11 S. Meridian St.
Indianapolis, Indiana  46204
Telephone:  (317) 261-7852
Facsimile:   (317) 231-7433
E-mail: thomas.payne@btlaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been served this 25th day of August, 2023 by electronically filing the same with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                             *s/ Thomas C. Payne*
                                             Thomas C. Payne