UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:19-CV-00695-TWP-MKK ) |
| TALKDESK, INC., et al., | ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

This matter, having come before the Court on the Motion for Leave to Withdraw Appearance filed by Thomas C. Payne, and the Court, being duly advised in the premises, hereby approves such Motion. It is hereby ORDERED that the appearance for Thomas Payne is hereby withdrawn and also deleted from all distribution and service lists.

SO ORDERED this _____ day of _____, 2023.

**DISTRIBUTION:**

All counsel of record.

DMS 27409636