UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Case No. 1:19-CV-695-TWP-MKK |
| | ) |
| TALKDESK, INC., et al | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO AMEND JUDGMENT

Defendants Talkdesk, Inc. ("Talkdesk"), Mark Hertel ("Hertel"), and Ralph Manno ("Manno") (collectively "Defendants"), hereby file this motion to amend judgment pursuant to Fed. R. Civ. P. 59(e). Defendants request amendments to the judgment for those reasons set forth in Defendants' accompanying brief filed herewith. Defendants' motion is timely filed within twenty-28 (28) days of this Court's Final Judgment (D.I. 598) as required by Fed. R. Civ. P. 59(e).

Respectfully submitted,

/s/ David S. Moreland

James P. Strenski, #18186-53
PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Telephone: 317-550-1855
Email: jstrenski@paganelligroup.com

David S. Moreland (*pro hac vice*)
Warren J. Thomas (*pro hac vice*)
John S. Harbin (*pro hac vice*)
Steven M. Philbin (*pro hac vice*)
Laken E. Adkins (*pro hac vice*)
Lee G. Hamilton (*pro hac vice*)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309

Telephone: 404-645-7700
Email: dmoreland@mcciplaw.com
wthomas@mcciplaw.com
jharbin@mcciplaw.com
sphilbin@mcciplaw.com
ladkins@mcciplaw.com
lhamilton@mcciplaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

*/s/ David S. Moreland*
David S. Moreland
