UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Case No. 1:19-CV-695-TWP-DML |
| | ) |
| TALKDESK, INC., et al | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Laken E. Adkins respectfully moves the Court for leave to withdraw her appearance in the above-captioned matter on behalf of Defendants Talkdesk, Inc., Ralph Manno and Mark Hertel (collectively "Defendants"). Ms. Adkins will no longer be affiliated with Meunier Carlin & Curfman LLC as of September 20, 2023. Defendants will continue to be represented by David S. Moreland and all other attorneys who have appeared in this matter on their behalf. Accordingly, Defendants' rights will not be prejudiced by this withdrawal of appearance.

Ms. Adkins further requests termination of CM/ECF notices for her for this case.

Respectfully submitted,

*/s/ Laken E. Adkins*

Laken E. Adkins (*pro hac vice*)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
Telephone: 404-645-7700
Email: ladkins@mcciplaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 19, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

*/s/ Laken E. Adkins*
Laken E. Adkins
