UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Case No. 1:19-CV-695-TWP-DML ) |
| TALKDESK, INC., et al | ) ) |
| Defendants. | ) |

**<u>ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL</u>**

This matter comes before the Court on the Motion for Withdrawal of Counsel filed by Defendants Talkdesk, Inc., Ralph Manno and Mark Hertel (collectively, "Defendants").

And the Court, having fully reviewed the Motion, finds that such is meritorious and hereby GRANTS the same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Laken E. Adkins is hereby withdrawn as counsel of record in this matter for Defendants and terminated from CM/ECF notifications for this case.

_____
DATE

_____
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF INDIANA