UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC.            )<br>                                                                 )<br>                                                                 )<br>             Plaintiff,                                       )<br>                                                                 )<br>     vs.                                                        )<br>                                                                 )<br>TALKDESK, INC., et al.                            )<br>                                                                 )<br>             Defendants.                              ) | Civil Case No. 1:19-CV-695-TWP-MKK |

## JOINT NOTICE REGARDING FORMER DEFENDANT RALPH MANNO

Pursuant to this Court's Order of May 3, 2024 [ECF648], the parties respectfully notify the Court as follows:

- The parties stipulated to the dismissal of Ralph Manno, deceased, on May 8, 2024. [ECF649]

- The Court acknowledged that dismissal of Ralph Manno. [ECF650]

- Plaintiff is not and will not be pursuing any recovery from Ralph Manno or his estate, if any, or heirs and successors.

Respectfully submitted,

*s/ John R. Maley*
John R. Maley (14300-89)
Thomas C. Payne (34727-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:    (317) 236-1313
Facsimile:     (317) 231-7433
Email:           jmaley@btlaw.com
                     tpayne@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana 46802
Telephone: (260) 425-4657
Facsimile: (260) 424-8316
Email: kanderson@btlaw.com

*Attorneys for Plaintiff*

*s/David S. Moreland*
David S. Moreland, pro hac vice
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Ste 1300
Atlanta, GA 30309
(404) 645-7700
Fax: (404) 645-7707
Email: dmoreland@mcciplaw.com

*Attorney for Defendants*