# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 14, 2025

*By the Court*:

| | |
|---|---|
| Nos. 24-2941, 24-2942, & 24-3036 | GENESYS CLOUD SERVICES, INC., <br>          Plaintiff – Appellee, Cross – Appellant <br><br> v. <br><br> TALKDESK, INC. and MARK HERTEL, <br>          Defendants – Appellants, Cross – Appellees |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-00695-TWP-MKK <br> Southern District of Indiana, Indianapolis Division <br> District Judge Tanya Walton Pratt ||

Upon consideration of the **JOINT STIPULATION AND VOLUNTARY DISMISSAL OF APPEALS PURSUANT TO RULE 42(B)(1)**, filed on April 11, 2025, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 14, 2025

To:  Kristine L. Seufert
 UNITED STATES DISTRICT COURT
 Southern District of Indiana
 United States Courthouse
 Indianapolis, IN 46204-0000

| | |
|---|---|
| Nos. 24-2941, 24-2942, & 24-3036 | GENESYS CLOUD SERVICES, INC.,<br> Plaintiff – Appellee, Cross – Appellant<br>v.<br>TALKDESK, INC. and MARK HERTEL,<br> Defendants – Appellants, Cross – Appellees |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-00695-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
| STATUS OF THE RECORD: | no record to be returned |

form name: **c7_Mandate**   (form ID: **135**)