UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESYS CLOUD SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-00695-TWP-MKK ) |
| TALKDESK, INC., MARK HERTEL, | ) ) ) ) |
| Defendants. | ) |

**ENTRY**

This matter is before the Court following a Mandate from the United States Court of Appeals for the Seventh Circuit (Filing No. 689). On April 14, 2025, the appellate court issued a Mandate dismissing the parties' cross-appeals upon consideration of their Joint Stipulation and Voluntary Dismissal of Appeals Pursuant to Rule 42(B)(1). In their Joint Stipulation, the parties reported that they had resolved all matters relating to their appeals and that each side would bear its own costs and fees relating to those appeals.

After six years of hard-fought litigation, four motions remain pending before this Court as to fees and costs incurred at the district court level (Filing No. 662; Filing No. 664; Filing No. 665; Filing No. 666). Local Rule 16-2 requires parties to file positions statements as to what action the Court should take following remand. However, because the parties have amicably resolved their cross-appeals, in lieu of Rule 16-2 position statements, the parties are **ORDERED** to confer and to file a joint statement updating the Court as to the status of the few remaining motions, including whether the parties have already resolved those motions and, if not, whether a settlement conference with the Magistrate Judge might be fruitful, or whether a ruling on the merits is

required. The parties are **directed** to file their joint statement within <u>**seven (7) days of the date of this Entry**</u>,

    **SO ORDERED**.

Date: 4/23/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Kathleen M. Anderson
BARNES & THORNBURG, LLP (Fort Wayne)
kathleen.anderson@btlaw.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

David Scott Moreland
Miller & Martin PLLC
david.moreland@millermartin.com

Fred Anthony Paganelli
PAGANELLI LAW GROUP
tony@tonypaganelli.com

James P. Strenski
Drewry Simmons Vornehm, LLP
jstrenski@dsvlaw.com