UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The parties' positions and stipulations are acknowledged. The Court will issue rulings on the pending motions in due course.
> TWP 5/5/2025

GENESYS CLOUD SERVICES, INC.,   )
                          )
        Plaintiff,      )
                          )
       v.            ) No. 1:19-cv-00695-TWP-MKK
                          )
TALKDESK, INC.,          )
MARK HERTEL,          )
                          )
        Defendants.     )

**JOINT STATEMENT OF POSITIONS AND STIPULATION OF DISMISSALS**

In compliance with the Court's Entry at ECF690, the parties jointly submit their statement of positions on the four motions remain pending before this Court as to costs and expert expenses incurred at the district court level (ECF662; ECF664; ECF665; and ECF666) (the "Four Pending Motions"), and also submit their stipulation of dismissals, as follows:

      1.     Except for the Four Pending Motions, Plaintiff dismisses with prejudice its claims against Defendant Talkdesk, Inc. with prejudice, such claims having been mediated, resolved, and satisfied.

      2.     As to Defendant Mark Hertel, Plaintiff dismisses with prejudice its claims against him with prejudice, such claims having been mediated, resolved, and satisfied. Plaintiff does not seek costs or expenses from Hertel.

      3.     Regarding the Four Pending Motions, the parties request that the Court rule on those motions when convenient for the Court. The Four Pending Motions are fully briefed. The parties have mediated and resolved all other claims and issues, but have not been able to reach agreement as to those Four Pending Motions. If the Court desires brief oral argument on the Four

Pending Motions to assist in decision-making, the Parties would welcome that opportunity, including by Zoom to reduce out-of-state counsel's fees and expenses.


Respectfully submitted,

*/s/ John R. Maley*
BARNES & THORNBURG, LLP
jmaley@btlaw.com

Counsel for Plaintiff


*/s/ David Scott Moreland*
Miller & Martin PLLC
david.moreland@millermartin.com

Counsel for Defendants